EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 210-2003-35485 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Date of Birth |
|---|---|
| Mrs. Cindy D. (Heiman) Smith | 6/4/59 |

Street Address: 518 North Hickory     City, State and ZIP Code: Windsor, Illinois, 61957

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| MasterBrand Cabinets, Inc. | 500+ | (217) 543-3311 |

Street Address: 217 South Oak Street P.O. Box 410     City, State and ZIP Code: Arthur, Illinois 61911

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: May, 2001    Latest: Present
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by the Respondents since May, 2001. During that time I have suffered severe and pervasive sexual harassment, discrimination based upon my gender, religious discrimination, and retaliation.

By way of example, some of the things done to me include (but are in no way limited to): I have been shoved by male employees, male employees have screamed extremely offensive obscenities at me, my supervisor (John Winchief) told me that women cannot do certain jobs for Respondents because women "might break a fingernail", Human Resources manager Matt Ohrth told me that I needed to "make right with god," Ohrth accused me of making false accusations whenever I would report illegal harassment discrimination or retaliation (and would threaten to terminate my employment as a result), Ohrth accused me of "preferring married men" (and threatened my employment because of the perceived preference), and Ohrth threatened to terminate my employment based upon my gender and his belief that I am not Christian enough. Additionally, male employees would often refer to me and other female employees in vulgar terms, such as "fucking bitches." I (and other female employees) reported this behavior to management, but noting was done in response except that Respondents threatened to fire me. Male employees would often brag that they were allowed to do or say anything to female employees without consequence to the male employees.

I am only one of many women who have been subjected to the increasingly severe treatment and hostile environment fostered by the Respondents. I believe that I represent a potential class of such female employees.

As a result of the Respondents' illegal, discriminatory and retaliatory behavior I have suffered both physical injury and severe emotional damage.

I believe that I have been sexually harassed and discriminated and retaliated against because of my sex, female, and discriminated and retaliated against because of my perceived religious deficits in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>X *Cindy Smith*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) September, 10, 2003 |
| 9/10/03       *Cindy Smith*<br>Date       Charging Party Signature | |

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [ ] FEPA [X] EEOC | 210-2004-07241 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mrs Cindy D. (Heiman) Smith | HOME TELEPHONE (Include Area Code) 217-459-2996 |
|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE  518 North Hickory, Windsor, IL 61957 | DATE OF BIRTH 6/4/59 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME MasterBrand Cabinets, Inc. | NUMBER OF EMPLOYEES, MEMBERS 500+ | TELEPHONE (Include Area Code) 217-543-3311 |
|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE  217 South Oak Street, P.O. Box 410, Arthur, IL 61911 | | COUNTY |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[ ] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): May, 2001
LATEST (ALL): Nov 17, 2003
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Since being hired by Masterbrand Cabinets in May of 2001, I have been subjected to on-going sexual harassment, religious discrimination, and I have been retaliated against for complaining about the discrimination. On September 17, 2003, I filed a charge of discrimination against Masterbrand Cabinets, Inc. (210-2003-35485) and I herein incorporate all allegations made in the previous charge. Because of the on-going harassment, on or about April 7, 2003, my doctor instructed me not to return to work and I was placed on unpaid leave by MasterBrand Cabinets. Effective November 17, 2003, I was fired. The stated reason for my termination was that I was on leave for more than six months. Male co-workers, however, have been allowed to remain on leave longer than six months. Because of the sexual harassment, gender discrimination, religious discrimination, and retaliation, as a practical matter, I was constructively discharged on April 7, 2003. When I was actually discharged on November 17, 2003, I was further discriminated against because of my gender, in retaliation for complaining about the discrimination, and directly as a result of the sexual harassment. All of the discrimination done to me was in violation of Title VII of the Civil Rights Act of 1964.

SEP 3 2004

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)
*Sandra L. Davis*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
*Cindy Heiman Smith*
Date 8-31-04    Charging Party (Signature)

SIGNATURE OF COMPLAINANT *Cindy Heiman Smith*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)* 8-31-04

EEOC FORM 5 (Rev. 12/93)

OFFICIAL SEAL
SANDRA L. DAVIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-30-2005

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
(Issued on request)

| To: Cindy D. Heiman Smith<br><br>518 North Hickory<br><br>Windsor, IL 61957<br><br>Certified: 7001 0360 0000 0464 0605 CP Atty.<br><br>[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))* | From:<br><br>Equal Employment Opportunity Commission<br><br>500 West Madison<br><br>Suite 2800<br><br>Chicago, Illinois 60661 |
|---|---|

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2003-35485 | Gloria Mayfield | (312) 210-2003- |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[X] More than 180 days have expired since the filing of this charge.

[ ] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] **ADEA:** While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until **90 days after you received notice that EEOC has completed action on your charge.**

[ ] **Because EEOC is closing your case,** your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

[ ] **EEOC is continuing its investigation.** You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] **EPA:** While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

7/29/2004
(Date)

John P. Rowe, District Director

Enclosures
  Information Sheet
  Copy of Charge

cc: Respondent(s)     Masterbrand Cabinets, Inc.

EEOC Form 161-B (Test 10/94)