IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CINDY SMITH,** )  )  Plaintiff, )  )  No. )  ) **MASTERBRANDS CABINETS, INC.** )  )  Defendant. ) | |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, CINDY SMITH, furnishes the following in compliance with Rule 11.3 of this Court.

1. Cindy D. Smith (f.k.a. Heiman).

2. Plaintiff is not a corporation.

3. Londrigan, Potter & Randle, P.C. of Springfield, Illinois.

Dated: October 5, 2004

By:   s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Attorney Bar #:0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217)544-9826
alex@lprpc.com

1