IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CINDY SMITH,** )<br>)<br>Plaintiff, )<br>) No. 04-2215<br>)<br>**MASTERBRANDS CABINETS, INC.** )<br>)<br>Defendant. ) | |

### CERTIFICATE OF MAILING NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS

The undersigned hereby certifies that she mailed a Notice of Lawsuit and Request for Waiver of Service of Summons with attached Waive of Service of Summons and copy of the Complaint in the above captioned matter to the following on this 5th day of October, 2004:

MasterBrands Cabinets, Inc.
c/o Registered Agent, Illinois Corporation Service
700 S. Second Street
Springfield, IL 62703-4261

By:     s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Attorney Bar #:0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217)544-9826
alex@lprpc.com

1