E-FILED
Friday, 17 December, 2004  03:35:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRANDS CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Kelley Bertoux Creveling, of the law firm Baker & Daniels, hereby enters her appearance on behalf of the Defendant, MasterBrand Cabinets, Inc.

                        Respectfully submitted,

                        s/Kelley Bertoux Creveling
                        Kelley Bertoux Creveling (#19309-49)

BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000
Mark.Romaniuk@bakerd.com
Kelley.Creveling@bakerd.com

                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of December, 2004, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703
*Attorney for Plaintiff*

                                            s/Kelley Bertoux Creveling
                                            Baker & Daniels
                                            300 N. Meridian Street, Suite 2700
                                            Indianapolis, IN  46204
                                            Phone:  (317) 237-0300
                                            Fax:  (317) 237-1000
                                            E-mail:  Mark.Romaniuk@bakerd.com

INIMAN2 910243v1