UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRANDS CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

MasterBrand Cabinets Inc. is not a publicly held company.  However, MasterBrand Cabinets, Inc. is a wholly-owned subsidiary of Fortune Brands Inc., which is a publicly held company.  Fortune Brands Inc.'s common stock is listed on the New York Stock Exchange.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)

BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000
Kelley.Creveling@bakerd.com

*Attorneys for Defendant*

-2-

## CERTIFICATE OF SERVICE

I certify that on the 17th day of December, 2004, a copy of the foregoing Defendants Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703

                s/Kelley Bertoux Creveling
                Baker & Daniels
                300 N. Meridian Street, Suite 2700
                Indianapolis, IN  46204
                Phone:  (317) 237-0300
                Fax:  (317) 237-1000
                E-mail:  kelley.creveling@bakerd.com

INIMAN2 908539v1