E-FILED
Tuesday, 21 December, 2004  02:11:04 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2215 |
| ) | |
| MASTERBRANDS CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE

Mark J. Romaniuk, of the law firm Baker & Daniels, hereby enters his appearance in addition to the appearance of Kelley Bertoux Creveling on behalf of the Defendant, MasterBrand Cabinets, Inc.

Respectfully submitted,

s/M J Romaniuk
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)

BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
Mark.Romaniuk@bakerd.com
Kelley.Creveling@bakerd.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing has been sent to the following counsel of record by way of First Class U.S. mail, postage prepaid, this 17th day of December, 2004.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703
*Attorney for Plaintiff*

                                                s/K. Bertoux Creveling
                                                Baker & Daniels
                                                300 N. Meridian Street, Suite 2700
                                                Indianapolis, IN 46204
                                                Phone: (317) 237-0300
                                                Fax: (317) 237-1000
                                                E-mail: Mark.Romaniuk@bakerd.com

INIMAN2 910248v1