IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO AMEND COMPLAINT AS OF RIGHT

NOW COMES the Plaintiff, CINDY SMITH, by her attorneys, LONDRIGAN, POTTER & RANDLE, P.C., and requests leave of court to file an Amendment to the Complaint as of right pursuant to Rule 15 of the Federal Rules of Civil Procedure. As grounds for this Motion, the Plaintiff states as follows:

1. The Defendant filed an Answer and Defenses to Plaintiff's Complaint on December 17, 2004.

2. This Motion is being filed within twenty (20) days of the Defendant's filing of its Answer and before the matter has been placed on the trial calendar.

WHEREFORE, the Plaintiff, CINDY SMITH, requests leave to file her Amendment to the Complaint (attached hereto) as of right.

Cindy Smith, Plaintiff,

By:   s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE,
Attorney Bar #: 0620815

1

                                                Attorney for Plaintiff
                                                LONDRIGAN, POTTER & RANDLE, P.C.
                                                1227 South Seventh Street
                                                Post Office Box 399
                                                Springfield, IL 62703
                                                Telephone: (217) 544-9823
                                                Facsimile: (217) 544-9826
                                                alex@lprpc.com

## CERTIFICATE OF SERVICE

       I hereby certify that on December 27, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)


                                             By:  s/ Alexandra de Saint Phalle
                                                ALEXANDRA de SAINT PHALLE
                                                Bar Number: 0620815
                                                Attorney for Defendants
                                                LONDRIGAN, POTTER & RANDLE, P.C.
                                                1227 South Seventh Street
                                                Post Office Box 399
                                                Springfield, IL 62703
                                                Telephone: (217) 544-9823
                                                alex@lprpc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 04-2215 |
| MASTERBRANDS CABINETS, INC. | ) ) ) |
| Defendant. | ) |

## AMENDMENT TO THE COMPLAINT

NOW COMES the Plaintiff, CINDY SMITH, by her attorneys, LONDRIGAN, POTTER & RANDLE, P.C., and makes the change set forth below to paragraph #3 and adds a new paragraph 8 to her Complaint filed herein on Ocotber 5, 2004. In all other respects, the Plaintiff realleges all of the allegations set forth in her original complaint as and for her Amended Complaint.

3. Paragraph 3 is amended to change the date of "4/18/2001" to the date of "5/18/2001". In all other respects, the Plaintiff realleges the allegations set forth in paragraph 3 of the original Complaint.

8. SMITH received an additional Right to Sue letter on December 22, 2004. *See* copy attached.

Cindy Smith, Plaintiff,

By:   s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE,
Attorney Bar #: 0620815

1

Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217) 544-9826
alex@lprpc.com

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
(Issued on request)

| To: | CERTIFIED MAIL NO.: 7099-3400-0014-4047-4314 CP ATTY. | From: |
|---|---|---|
| | Cindy D. (Heiman) Smith<br>518 North Hickory<br>Windsor, Illinois  61957 | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois  60661-2511 |

[ ] On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2004-07241 | Ms. Patricia Jaramillo, Supervisor | (312) 886-3576 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN  NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[x] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[x] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] **ADEA**: While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until **90 days after you received notice that EEOC has completed action on your charge.**

  [ ] **Because EEOC is closing your case,** your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

  [ ] **EEOC is continuing its investigation.** You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] **EPA**: While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

December 20, 2004
(Date)

John P. Rowe, District Director

Enclosures
  Information Sheet
  Copy of Charge

cc: Respondent(s)    Masterbrand Cabinets, Inc.

EEOC Form 161-B (Test 10/94)