UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Alexandra de Saint Phalle and Defendant being represented by Mark J. Romaniuk and Kelley Bertoux Creveling, counsel met on January 4, 2005 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The deadline for amendment of pleadings is June 15, 2005.

2. The deadline for joining additional parties is March 1, 2005.

3. Plaintiff shall disclose experts and provide expert reports by July 15, 2005. Plaintiff shall make any such experts available for deposition by October 1, 2005.

4. Defendant shall disclose experts and provide expert reports by August 15, 2005. Defendant shall make any such experts available for deposition by November 1, 2005.

5. Discovery shall be modified as follows:

   None

6. All discovery, including deposition of experts, is to be completed by December 16, 2005.

7. The deadline for filing case dispositive motions shall be February 20, 2006.

| | |
|---|---|
| Cindy Smith, Plaintiff | MasterBrand Cabinets, Inc., Defendant |
| BY:s/Alexandra de Saint Phalle | BY:s/Kelley Bertoux Creveling |
| Alexandra de Saint Phalle | Mark J. Romaniuk |
| Londrigan, Potter & Randle, P.C. | Kelley Bertoux Creveling |
| 1227 South Seventh Street | Baker & Daniels |
| P.O. Box 399 | 300 N. Meridian Street, Suite 2700 |
| Springfield, IL 62703 | Indianapolis, IN 46204 |

**O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No.\_\_\_).**

ENTERED this \_\_\_\_\_ day of _____, 2004.

_____