IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE & MAILING

The undersigned hereby certifies that a copy of the **Plaintiff's Initial Disclosure Pursuant to Federal Rules of Civil Procedure 26(a)** was served upon each of the attorneys hereinafter set forth by U.S. Mail on January 18, 2005 and that this Certificate of Mailing was submitted for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

By: __s/ Alexandra de Saint Phalle__
ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com