E-FILED
Friday, 21 January, 2005  04:42:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CINDY SMITH,                         ) | |
|         Plaintiff,         ) | |
| v.                                             ) | |
|                             ) | Case No. 04-2215 |
| MASTERBRANDS CABINETS, INC.,   ) | |
|         Defendant.       ) | |

### DISCOVERY ORDER

A discovery conference was held **January 20, 2005**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Alexandra de Saint Phalle. Defendant was represented by Kelley Bertoux Creveling. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **June 15, 2005.**

2. The deadline for joining additional parties is **March 1, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **July 15, 2005.** Plaintiff shall make any such experts available for deposition by **October 1, 2005.**

4. Defendant shall disclose experts and provide expert reports by **August 15, 2005.** Defendant shall make any such experts available for deposition by **November 1, 2005.**

5. All discovery, including deposition of experts, is to be completed by **December 16, 2005.**

6. The deadline for filing case dispositive motions shall be **January 31, 2006.**

7. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **May 25, 2006, 2:30 p.m.**

8.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **June 5, 2006, at 9:00 a.m. (Case No. 3).**

ENTER this 21st day of January, 2005.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

H:\ORDER\Discovery Orders\2005\smith v masterbrands.04-2215.dis order.wpd

**2**