**E-FILED**
Thursday, 03 February, 2005  01:06:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRANDS CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT**

Defendant, MasterBrand Cabinets, Inc. ("MBCI"), by counsel, respectfully notifies the Court that it has served Plaintiff with Defendant's Initial Disclosure Statement by mailing a copy via first class U.S. mail, postage prepaid on Thursday, February 3, 2005

Respectfully submitted,
BAKER & DANIELS

s/Kelley Bertoux Creveling
Mark J. Romaniuk, #15255-49
Kelley Bertoux Creveling, #19309-49
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000

## CERTIFICATE OF SERVICE

      I certify that on the 3rd day of February, 2005, a copy of the foregoing Notice of Service of Defendant's Initial Disclosure Statement was filed electronically. Notice of this filing will be sent to the following parties via first class U.S. mail at the following address:

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703
*Attorney for Plaintiff*

                              s/Kelley Bertoux Creveling
                              Baker & Daniels
                              300 N. Meridian Street, Suite 2700
                              Indianapolis, IN  46204
                              Phone:  (317) 237-0300
                              Fax:  (317) 237-1000
                              E-mail:  kelley.creveling@bakerd.com