IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S INTERROGATORIES
AND REQUEST FOR PRODUCTION
PROPOUNDED TO DEFENDANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Interrogatories and Plaintiff's Request for Production was served upon the following at the following address below by placing same in the United States Mail, Springfield, Illinois proper postage fully prepaid on March 3, 2005 and that the original of this Certificate of Service was delivered to the Clerk of the Court in which said cause is pending:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

By: s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com