IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CINDY SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | )  No. 04-2215 |
| | ) |
| **MASTERBRANDS CABINETS, INC.** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, November 18, 2005 beginning at 9:30 a.m.**, at the Holiday Inn Express, 1201 Tuscola Blvd., Tuscola, Illinois 61953, Plaintiff shall cause the depositions of the following:

| | |
|---|---|
| 9:30 am | **John Winschief** |
| 10:30 am | **Matt Ohrt** |
| 11:30 am | **Shirley Boddy** |
| 12:00 noon | **Betty Burns** |
| 1:30 pm | **Cheryl Doss** |
| 2:30 pm | **Deb Gill** |

to be taken in the above-entitled cause for discovery purposes.

Cindy Smith, Plaintiff,

By:    s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE,
Attorney Bar #: 0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217) 544-9826
alex@lprpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

Golembeck Reporting Services
217 E. Monroe, Suite 101
Springfield, IL  62701

                                            By:   s/ Alexandra de Saint Phalle
                                            ALEXANDRA de SAINT PHALLE
                                            Bar Number: 0620815
                                            Attorney for Defendants
                                            LONDRIGAN, POTTER & RANDLE, P.C.
                                            1227 South Seventh Street
                                            Post Office Box 399
                                            Springfield, IL 62703
                                            Telephone: (217) 544-9823
                                            alex@lprpc.com