AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

**CINDY SMITH, Plaintiff**

V.

**MASTERBRANDS CABINETS, INC., Def.**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   04-2215

TO:   **Cheryl Doss**
      **75 Lockhart Drive**
      **Neoga, IL 62447**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Holiday Inn Express, 1201 Tuscola Blvd., Room 100, Tuscola, IL 61953 | 11/18/05 at 1:30 p.m. |

place, date, and time specified below (list documents or objects):

**Bring to the deposition any calendars, diaries, or other notes regarding Cindy Smith's employment with MasterBrands Cabinets, Inc. in your possession or control**

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*  Attorney for Cindy Smith, Plaintiff | November 9, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Alexandra de Saint Phalle, Attorney at Law**
**Londrigan Potter & Randle, P.C., 1227 South Seventh Street, Springfield, IL 62703**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.