[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | November 9, 2005 | U.S. Postal Service, Springfield, Illinois |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Cheryl Doss | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kathie Cravens | Legal Assistant to Alexandra de Saint Phalle |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  Nov. 17, 2005
DATE

*Kathie Cravens*
SIGNATURE OF SERVER
Legal Assistant
Londrigan Potter & Randle, P.C.

ADDRESS OF SERVER
1227 South Seventh Street
Springfield, IL  62703

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheryl Doss-York
75 Lockhart Drive
Neoga, IL  62447

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cheryl York*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   11/14/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0000 3530 2479

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540