E-FILED
Friday, 18 November, 2005  01:47:02 PM
Clerk, U.S. District Court, ILCD

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

CINDY SMITH, Plaintiff

V.

MASTERBRANDS CABINETS, INC., Def.

SUBPOENA IN A CIVIL CASE

Case Number:[1]   04-2215

TO:   **Cheryl Doss**
      **75 Lockhart Drive**
      **Neoga, IL 62447**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Holiday Inn Express, 1201 Tuscola Blvd., Room 100, Tuscola, IL 61953 | 11/18/05 at 1:30 p.m. |

place, date, and time specified below (list documents or objects):

**Bring to the deposition any calendars, diaries, or other notes regarding Cindy Smith's employment with MasterBrands Cabinets, Inc. in your possession or control**

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Alexandra de Saint Phalle   **Attorney for Cindy Smith, Plaintiff** | November 9, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Alexandra de Saint Phalle, Attorney at Law**
**Londrigan Potter & Randle, P.C., 1227 South Seventh Street, Springfield, IL 62703**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | November 9, 2005 | U.S. Postal Service, Springfield, Illinois |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Cheryl Doss | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kathie Cravens | Legal Assistant to Alexandra de Saint Phalle |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  Nov 17, 2005
                    DATE

Signature: *Kathie Cravens*
SIGNATURE OF SERVER
Legal Assistant
Londrigan Potter & Randle, P.C.

ADDRESS OF SERVER
1227 South Seventh Street
Springfield, IL 62703

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cheryl ~~Doss~~ York
   75 Lockhart Drive
   Neoga, IL 62447

2. Article Number (Transfer from service label): 7003 3110 0000 3530 2479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Cheryl York*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [Cheryl York]
C. Date of Delivery: 11/14/05
D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

SUBPOENA SERVED
DEPOSITION OF CHERYL DOSS

I hereby certify that on November 18, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notifications of such to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

By:  s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com