**E-FILED**
Monday, 05 December, 2005  02:15:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AGREED MOTION TO ENLARGE CASE MANAGEMENT DEADLINES</u>**

Plaintiff Cindy Smith, by counsel, and Defendant Masterbrand Cabinets, Inc., by counsel, hereby submit their Motion to Enlarge Case Management Deadlines and in support thereof state as follows:

1.      Pursuant to the parties' Case Management Plan non-expert discovery closes on December 15, 2005.  Despite the Parties' diligence they have been unable to complete all depositions necessary.  Furthermore, the existence of relevant medical records were disclosed in Plaintiff's deposition and Defendant requires additional time in order to obtain those records.

2.      The parties' request that discovery be enlarged through and including January 16, 2006.

3.      Dispositive motions are currently due January 31, 2006.  In light of the need to enlarge the discovery deadline the parties request that the deadline for the filing of dispositive motions be enlarged to and including February 28, 2006.

4.      Trial of this matter remains scheduled for June 5, 2006 and the parties do not believe that an enlargement of these Case Management deadlines will jeopardize the current trial date.

WHEREFORE, Plaintiff Cindy Smith and Defendant Masterbrand Cabinets, Inc. request that the current December 15, 2005 discovery deadline be enlarged to and including January 16, 2005, the current January 31, 2006 dispositive motions deadline be enlarged to and including February 28, 2006 and for all other appropriate relief.

Respectfully submitted

Londrigan, Potter & Randle, P.C.          BAKER & DANIELS LLP


By: s/Alexandra de Saint Phalle          By: s/Kelley Bertoux Creveling
    Alexandra de Saint Phalle              Mark J. Romaniuk, #15255-49
    1227 South Seventh Street              Kelley Bertoux Creveling, #19309-49
    P.O. Box 399              300 North Meridian Street, Suite 2700
    Springfield, IL 62703              Indianapolis, Indiana  46204
    (217) 544-9823              (317) 237-0300
    (217) 544-9826 (facsimile)              (317) 237-1000 (facsimile)
    Email:  Alex@lprpc.com              Email:  kelley.creveling @bakerd.com

*Attorneys for Plaintiff*          *Attorneys for Defendant*
*Cindy Smith*          *Masterbrand Cabinets, Inc.*

-2-