**E-FILED**
Monday, 05 December, 2005 02:15:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PARTIES' AGREED
MOTION TO ENLARGE CASE MANAGEMENT DEADLINES**

This matter is before the Court on the Parties' Agreed Motion to Enlarge Case

Management Deadlines. Having considered the motion and being duly advised, the Court now

GRANTS the Parties' Motion.

IT IS THEREFORE ORDERED that the December 15, 2005 discovery deadline

is hereby enlarged to and including January 16, 2006.

IT IS FURTHER ORDERED that the January 31, 2006 dispositive motions

deadline is hereby enlarged to and including February 28, 2006.

Dated:_____

_____
Judge, U.S. District Court, Central District
of Illinois, Urbana Division

COPIES TO:

Kelley Bertoux Creveling
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703

BDDB01 4247607v1