IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Wednesday, December 21, 2005 at 11:00 a.m.**, at the Holiday Inn Express, 1201 Tuscola Blvd., Tuscola, Illinois 61953, Plaintiff shall cause the depositions of **RHONDA GATONS** in the above-entitled cause for discovery purposes.

Cindy Smith, Plaintiff,

By:  s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE,
Attorney Bar #: 0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217) 544-9826
alex@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

Golembeck Reporting Services
217 E. Monroe, Suite 101
Springfield, IL  62701

By:   s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com