IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASTERBRANDS CABINETS, INC. )<br>)<br>Defendant. ) | No. 04-2215 |

# SUBPOENA FOR DEPOSITION

To:   Rhonda Gatons
      Tower Hill, IL 62571
      Phone: 217-567-3584

YOU ARE COMMANDED to appear to give your deposition before a notary public at the Holiday Inn Express, 1201 Tuscola Blvd., Room 100, Tuscola, Illinois 61953 on Wednesday, December 21, 2005, at 11:00 a.m.

YOU ARE COMMANDED ALSO to bring the following:

   any calendars, diaries, or other notes regarding Cindy Smith's

   employment at MasterBrands Cabinets Inc.

in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

WITNESS, _____, 19____

_____
Clerk of Court

| | |
|---|---|
| Name | LONDRIGAN, POTTER & RANDLE, P.C. |
| Attorney for | Cindy Smith, Plaintiff |
| Address | 1227 S. 7th St., P.O. Box 399 |
| City | Springfield, IL 62705 |
| Telephone | (217) 544-9823 |

I served this subpoena via certified mail with the U.S. Postal Service to Rhonda Gatons on December 5, 2005. I paid the witness $50.92 for witness and mileage fees.

Signed and sworn to before me _____, 19____.     _____

_____
          Notary Public