E-FILED
Tuesday, 06 December, 2005  02:21:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 04-2215 |
| MASTERBRANDS CABINETS, INC. | ) ) ) | |
| Defendant. | ) | |

# SUBPOENA FOR DEPOSITION

To:   Debbie Gill
227 W. Crawford
Paris, IL 61944
Ph: 217 465-6095

YOU ARE COMMANDED to appear to give your deposition before a notary public at the Holiday Inn Express, 1201 Tuscola Blvd., Room 100, Tuscola, Illinois 61953 on Wednesday, December 21, 2005, at 10:00 a.m.

YOU ARE COMMANDED ALSO to bring the following:

    any calendars, diaries, or other notes regarding Cindy Smith's

    employment at MasterBrands Cabinets Inc.

in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

WITNESS, _____, 19 _____
_____
Clerk of Court

Name    LONDRIGAN, POTTER & RANDLE, P.C.
Attorney for    Cindy Smith, Plaintiff
Address    1227 S. 7th St., P.O. Box 399
City    Springfield, IL  62705
Telephone    (217) 544-9823

I served this subpoena via certified mail with the U.S. Postal Service to Debbie Gill on December 5, 2005. I paid the witness $43.22 for witness and mileage fees.

Signed and sworn to before me _____, 19 ____.    _____

_____
Notary Public