E-FILED
Friday, 09 December, 2005  12:28:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-2215 |
| MASTERBRANDS CABINETS, INC. | ) ) ) |
| Defendant. | ) |

## SUBPOENA FOR DEPOSITION

To:   Rhonda Gatons
      Tower Hill, IL 62571
      Phone: 217-567-3584

YOU ARE COMMANDED to appear to give your deposition before a notary public at the Holiday Inn Express, 1201 Tuscola Blvd., Room 100, Tuscola, Illinois 61953 on Wednesday, December 21, 2005, at 11:00 a.m.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

By:   s/ Alexandra de Saint Phalle
      ALEXANDRA de SAINT PHALLE
      Attorney Bar # : 0620815
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62703
      Telephone: 217-544-9823
      Facsimile:  217-544-9826
      alex@lprpc.com

Name         LONDRIGAN, POTTER & RANDLE, P.C.
Attorney for Cindy Smith, Plaintiff
Address      1227 S. 7th St., P.O. Box 399
City         Springfield, IL  62705
Telephone    (217) 544-9823

I served this subpoena via certified mail with the U.S. Postal Service to Rhonda Gatons on December 6, 2005. I paid the witness $50.92 for witness and mileage fees.

Signed and sworn to before me  Dec. 9     , 19 2005.       Kathie Cravens

B. K. Cravens
Notary Public

OFFICIAL SEAL
B K CRAVENS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-8-2009

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Rhonda Gatons    C. Date of Delivery: 12-8-05 |
| 1. Article Addressed to:<br><br>Rhonda Gatons<br>Tower Hill, IL 62571 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0000 3530 3681 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540