**E-FILED**
Tuesday, 28 February, 2006  05:19:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant MasterBrand Cabinets, Inc., by counsel, requests that the Court enter summary judgment in its favor because there are no genuine issues of material fact and the law is with the Defendant.  Filed contemporaneously herewith are the following:

1.  Statement of Undisputed Material Facts (as part of its brief);

2.  Defendant's Brief in Support of its Motion For Summary Judgment; and

3.  Evidence in Support of Defendant's Motion For Summary Judgment.

Respectfully submitted,


s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000

*Attorneys for Defendant*

-2-

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2006, a copy of the foregoing

Defendant's Motion for Summary Judgment was filed electronically.  Notice of this filing will be

sent to the following parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703


s/Kelley Bertoux Creveling

BDDB01 4270628v1