E-FILED
Tuesday, 28 February, 2006  05:19:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Defendant's Motion for Summary Judgment. The Court, after reviewing the evidence and being duly advised, finds that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that judgment be entered in favor of Defendant and against Plaintiff.

Dated:_____

_____
Judge, U.S. District Court, Central District
of Illinois, Urbana Division

-2-

COPIES TO:

Kelley Bertoux Creveling
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703