UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
|     Plaintiff, | ) |
| v. | ) No. 04-2215 |
| MASTERBRAND CABINETS, INC., | ) |
|     Defendant. | ) |

### DEFENDANT'S STATEMENT OF EVIDENCE RELIED UPON

In support of its Motion for Summary Judgment filed contemporaneously herewith, Defendant MasterBrand Cabinets, Inc., by counsel, submits the following evidence:

1. Deposition of Cindy Smith;

2. Deposition of Matt Ohrt;

3. Deposition of Rhonda Gatons;

4. February 12, 2002 and July 16, 2002 Absenteeism Counseling forms, MB0100, MB0099;

5. September 10, 2003 EEOC Charge of Discrimination;

6. August 31, 2004 EEOC Second Charge of Discrimination;

7. Equal Employment Opportunity Workplace Harassment and Retaliation policy, MB0707-MB0710;

8. November 17, 2003 letter from Matt Ohrt to Cindy Heiman Smith, MB0093-0094;

9. November 12, 2003 letter from Ronald A. Flowers to Cindy Smith, MB0139-MB0140;

10. Leaves of Absence policy, MB0141-MB0153;

11. May 28, 2003 letter from Matt Ohrt to Cindy Smith, MB0132;

12. September 5, 2003 letter from Linda Watkins to Cindy Smith, MB0133

13. Leave of Absence policy training documents Smith Dep. Exh. A;

14. Door plant employee chart, Ohrt Dep. Exh. 7;

15. Documents regarding Ohrt's investigation into Smith's 2003 complaints, MB0733-MB0734, MB0737-MB0753, MB0756-MB0757;

16. Affidavit of Matt Ohrt;

17. Job Bid Sheets;

18. Leave Letters;

19. Accounts Payable Reports

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000

*Attorneys for Defendant*

-3-

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2006, a copy of the foregoing Defendant's Statement of Evidence Relied Upon was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703

s/Kelley Bertoux Creveling

BDDB01 4270638v1