**E-FILED**
Wednesday, 01 March, 2006 08:16:29 AM
Clerk, U.S. District Court, ILCD

# Attachment 4

# ABSENTEEISM COUNSELING

ASSOCIATE: __Cindy Heiman__   DATE: __07/16/02__

FROM: __John Winschief__

### REASON FOR CONFERENCE

__Cindy__ has exceeded the company attendance policy of 2%. The associate has been absent __22.5__ hours as of __07/16/02__, which is an absenteeism rate of __2.08__ %. Associate must remember their obligation to both the company and fellow co-workers to maintain an acceptable atttendance record.

### ACTION TO BE TAKEN:

A __WRITTEN WARNING__ is being issued for absenteeism. Associate has been made aware that for the next 12 months, beginning with this date __07/16/02__, the percentage of hours absent at any time must not exceed 2%. Should this occur, disciplinary action up to and including termination may result.

### ASSOCIATE REMARKS:

Associate's Signature: _Cindy Heiman_   Date: 7-17-02
Team Leader's Signature: _John Winschief_   Date: 7-17-02
Shift Superintendent's Signature: _[signature]_   Date: 7/17/02
H.R. Specialist's Signature: _[signature]_   Date:

Check One:

VERBAL _____   WRITTEN __✓__   SUSPENSION _____

**Attached is a listing of the days and hours that the associate has missed**

F01HR-137 Rev 1

MB 0099

65719

# ABSENTEEISM COUNSELING

ASSOCIATE: Cindy Heiman    DATE: 02/12/02

FROM: John Winschief

### REASON FOR CONFERENCE:

Cindy has exceeded the company attendance policy of 2%. The associate has been absent 36.8 hours as of 2/12/02, which is an absenteeism rate of 2.7 %. Associate must remember their obligation to both the company and fellow co-workers to maintain an acceptable attendance record.

### ACTION TO BE TAKEN:

A Verbal Warning is being issued for absenteeism. Associate has been made aware that for the next 12 months, beginning with this date 02/12/02, the percentage of hours absent at any time must not exceed 2%. Should this occur, disciplinary action up to and including termination may result.

### ASSOCIATE REMARKS:

Associate's Signature: Cindy Heiman    Date: 2-12-02
Team Leader's Signature: John Winschief    Date: 2-12-02
Shift Superintendent's Signature: Vance Rentie    Date: 2-13-02
H.R. Specialist's Signature: Rhonda Ostomo    Date: 2-14-02

Check One:

VERBAL ✓    WRITTEN___    SUSPENSION___

**Attached is a listing of the days and hours that the associate has missed**

MB 0100