E-FILED
Wednesday, 01 March, 2006 08:16:45 AM
Clerk, U.S. District Court, ILCD

# Attachment 5

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2003-35485 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) Mrs. Cindy D. (Heiman) Smith | | Date of Birth 6/4/59 |
|---|---|---|
| Street Address 518 North Hickory | City, State and ZIP Code Windsor, Illinois, 61957 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name MasterBrand Cabinets, Inc. | No. Employees, Members 500+ | Phone No. with Area Code (217) 543-3311 |
|---|---|---|
| Street Address 217 South Oak Street P.O. Box 410 | City, State and ZIP Code Arthur, Illinois 61911 | |
| Name | No. Employees, Members | Phone No. with Area Code |
| Street Address | City, State and ZIP Code | |

SEP 17 2003

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: May, 2001   Latest: Present<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by the Respondents since May, 2001. During that time I have suffered severe and pervasive sexual harassment, discrimination based upon my gender, religious discrimination, and retaliation.

By way of example, some of the things done to me include (but are in no way limited to): I have been shoved by male employees, male employees have screamed extremely offensive obscenities at me, my supervisor (John Winchief) told me that women cannot do certain jobs for Respondents because women "might break a fingernail), Human Resources manager Matt Ohrth told me that I needed to "make right with god," Ohrth accused me of making false accusations whenever I would report illegal harassment discrimination or retaliation (and would threaten to terminate my employment as a result), Ohrth accused me of "preferring married men" (and threatened my employment because of the perceived preference), and Ohrth threatened to terminate my employment based upon my gender and his belief that I am not Christian enough. Additionally, male employees would often refer to me and other female employees in vulgar terms, such as "fucking bitches." I (and other female employees) reported this behavior to management, but noting was done in response except that Respondents threatened to fire me. Male employees would often brag that they were allowed to do or say anything to female employees without consequence to the male employees.

I am only one of many women who have been subjected to the increasingly severe treatment and hostile environment fostered by the Respondents. I believe that I represent a potential class of such female employees.

As a result of the Respondents' illegal, discriminatory and retaliatory behavior I have suffered both physical injury and severe emotional damage.

I believe that I have been sexually harassed and discriminated and retaliated against because of my sex, female, and discriminated and retaliated against because of my perceived religious deficits in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Cindy Smith* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>9/10/03   *Cindy Smith*<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) September, 10, 2003<br>*Lou J Ball* |