# Attachment 6

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☒ EEOC 210-2004-07241

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) Mrs Cindy D. (Heiman) Smith | HOME TELEPHONE (Include Area Code) 217-459-2996 |
|---|---|
| STREET ADDRESS CITY, STATE AND ZIP CODE 518 North Hickory, Windsor, IL 61957 | DATE OF BIRTH 6/4/59 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME MasterBrand Cabinets, Inc. | NUMBER OF EMPLOYEES, MEMBERS 500+ | TELEPHONE (Include Area Code) 217-543-3311 |
|---|---|---|
| STREET ADDRESS CITY, STATE AND ZIP CODE 217 South Oak Street, P.O. Box 410, Arthur, IL 61911 | | COUNTY |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| STREET ADDRESS CITY, STATE AND ZIP CODE | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☐ AGE
☒ RETALIATION ☐ NATIONAL ORIGIN ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)
May, 2001    Nov 17, 2003

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Since being hired by Masterbrand Cabinets in May of 2001, I have been subjected to on-going sexual harassment, religious discrimination, and I have been retaliated against for complaining about the discrimination. On September 17, 2003, I filed a charge of discrimination against Masterbrand Cabinets, Inc. (210-2003-35485) and I herein incorporate all allegations made in the previous charge. Because of the on-going harassment, on or about April 7, 2003, my doctor instructed me not to return to work and I was placed on unpaid leave by MasterBrand Cabinets. Effective November 17, 2003, I was fired. The stated reason for my termination was that I was on leave for more than six months. Male co-workers, however, have been allowed to remain on leave longer than six months. Because of the sexual harassment, gender discrimination, religious discrimination, and retaliation, as a practical matter, I was constructively discharged on April 7, 2003. When I was actually discharged on November 17, 2003, I was further discriminated against because of my gender, in retaliation for complaining about the discrimination, and directly as a result of the sexual harassment. All of the discrimination done to me was in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Cindy Heiman Smith
Date 8-31-04    Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)
Sandra L. Davis

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT Cindy Heiman Smith

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 8-31-04

OFFICIAL SEAL
SANDRA L. DAVIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-60-2005

EEOC FORM 5 (Rev. 12/93)