**E-FILED**
Wednesday, 01 March, 2006  08:17:18 AM
Clerk, U.S. District Court, ILCD

# Attachment 7



# Policy on Equal Employment Opportunity, Workplace Harassment and Retaliation

**Policy/Procedure**

1. **POLICY SCOPE**

This policy applies to all MasterBrand Cabinets, Inc. ("MBCI") employees employed in the United States. Where applicable, this policy must be read in conjunction with any state and/or local law modification (attached as an addendum).

2. **DEFINITION OF DISCRIMINATION**

For purposes of this policy, discrimination includes an adverse employment action motivated by the individual's Protected Classification. Discrimination also includes harassment that is based on an employee's Protected Classification which is both severe and pervasive and which materially adversely affects an employee's terms and conditions of employment. MBCI is committed to preventing any adverse employment action and harassment (collectively called "Discrimination") that is based upon an employee's Protected Classification.

3. **SEXUAL HARASSMENT**

Special attention is called to our policy prohibiting sexual harassment. The law recognizes two forms of sexual harassment, <u>hostile work environment</u> and <u>quid pro quo</u> harassment.

<u>Hostile work environment sexual harassment</u> involves conduct and behavior in the workplace that creates a hostile or offensive work environment and that adversely interferes with an employee's ability to perform his or her work. Examples of a hostile work environment in the sexual harassment context include, but are not limited to the following:

- Unwelcome and unwanted sexual jokes, language, gestures, epithets, innuendoes, advances or propositions; sexually oriented "kidding," "teasing" or "practical jokes";

- Written or verbal abuse of a sexual nature, including using sexually degrading or vulgar words to describe an individual;

MB 0707

- The display of sexually suggestive or revealing objects, pictures or other material;

- Unwelcome and unsolicited information about another's sexual prowess, activities or deficiencies;

- Asking questions about another's sexual conduct or making unwelcome sexual advances or express or implied requests for sexual activity;

- Harassment consistently targeted at only one sex, even if the content of the abuse is not sexual;

- Unwelcome physical contact such as patting, pinching, touching, leering, whistling, brushing against the body, or suggestive, insulting or obscene comments or gestures;

- Physical assault or physical conduct that is sexual in nature.

<u>Quid pro quo harassment</u> involves a supervisor who exercises authority to either threaten or require a subordinate employee to submit to sexual activity as a requirement for either: (a) continued employment; (b) favorable performance evaluations; or (c) securing advancement in the company; or (d) other favorable treatment in the workplace. Examples of <u>quid pro quo</u> sexual harassment include, but are not limited to, the following examples:

- A supervisor coercing a subordinate employee by stating: "Things could be a lot easier for you here if you would go away with me for the weekend."

- A supervisor withholding a favorable performance evaluation from a subordinate employee until the employee gives in to the supervisor's sexual advances.

Sexual harassment includes "same sex" harassment if the conduct or behavior is both severe and pervasive and is motivated by a general hostility against one gender.

### 4.   **OTHER DISCRIMINATION**

MBCI regards all Discrimination based upon a Protected Classification as creating a hostile and offensive work environment in violation of this policy. While the above examples relate to Discrimination based upon sex, MBCI is committed to ensuring that the same standards apply to Discrimination that involves race, color, gender, religion, national origin, age, disabilities, veteran status, citizenship (in the case of individuals legally authorized to work in the U.S.) or any other legally protected status (referred throughout this policy as "Protected Classification").

MB 0708

Conduct and behavior or the display or use of words, objects or pictures that others could reasonably interpret as being insulting, derogatory or slurs towards persons based on their Protected Classification are prohibited. In addition, conduct and behavior that is threatening, intimidating, vulgar, or hostile toward persons in the workplace based on their Protected Classification are forbidden. Any conduct and behavior that would make a reasonable person uncomfortable in the work environment or could interfere with an employee's ability to perform his or her job will not be tolerated.

The conduct and behavior forbidden by this policy specifically includes, but is not limited to, (a) epithets, slurs, negative stereotyping, kidding, teasing, joking or intimidating acts that are based on a person's Protected Classification, and (b) written or graphic material circulated within the workplace that demonstrates, express or implied hostility toward a person or group because of a person's Protected Classification or characteristics. Comments or actions of this type, even if intended in a joking manner among friends, may be inappropriate in the workplace. If a reasonable person would be offended by the conduct and behavior and it is offensive to the individual employee, the conduct and behavior will be considered inappropriate and unacceptable by MBCI.

### 5.     ELECTRONIC COMMUNICATIONS

Employees may not use the computer system or voicemail to create, send, or receive any information, which could be considered inappropriate and unacceptable by MBCI under this policy. Should an employee receive any such material via computer or voicemail systems, they must report it immediately. For more information concerning the use of computers and voicemail, consult MBCI's policy on electronic communications.

### 6.     REPORTING DISCRIMINATION

Employees who believe that they have either witnessed or been subjected to Discrimination shall immediately report the Discrimination to MBCI. Employees have a duty to report Discrimination to MBCI in order to protect themselves, their colleagues and the company. MBCI cannot investigate and take appropriate action if the conduct and behavior is not reported.

Employees have options for reporting Discrimination. To ensure that a report is properly recorded, an employee should report the Discrimination to Human Resources. In the event Human Resources is not available or the employee is uncomfortable in reporting the conduct to Human Resources, the employee may report the Discrimination directly to the Vice President of Safety, Environmental and Risk Management who can be reached at 812-634-0543. Employees may also call a confidential password-protected voicemail telephone hot-line at 1-888-786-2949. Only a member of the Corporate Compliance Committee will retrieve voice mail messages left on that telephone line.

### 7. INVESTIGATION AND RESOLUTION OF COMPLAINT

All reports of Discrimination shall be promptly investigated. To the extent feasible, the investigation will be conducted in a confidential manner in order to protect the rights of all parties involved. **MBCI will not tolerate any retaliation against an employee who makes a good faith report of Discrimination.** If the investigation reveals that the report has merit, corrective action up to and including termination will be taken to remedy the situation. However, if after investigating any complaint of Discrimination, it is learned that an employee intentionally made a false complaint or provided false information regarding the complaint, corrective action up to and including termination may be taken against that employee.

### 8. RETALIATION

Retaliation is defined as actions that adversely affect an employee's terms and conditions of employment where the actions are a result of the employee reporting Discrimination or opposing in a reasonable manner what they believe to be an act or acts of Discrimination.

MBCI strictly prohibits any conduct which could be considered retaliation against any employee who exercises his or her rights under this policy or who reports or otherwise reasonably acts in opposition to Discriminatory acts or who cooperates in a MBCI investigation of such conduct. If retaliation occurs, corrective action will be taken.