E-FILED
Wednesday, 01 March, 2006 08:17:36 AM
Clerk, U.S. District Court, ILCD

# Attachment 8

# MasterBrand
cabinets, Inc.

November 17, 2003

Cindy Heiman Smith
518 North Hickory
Windsor, IL 61957

    RE:    Employment Status

Dear Cindy:

MasterBrand Cabinets, Inc. ("MBCI") is in receipt of the most recent update from your physician, Dr. Kopacz. Dr. Kopacz has requested that you be excused from work for medical leave through December 15, 2003. This letter is to inform you that for legitimate business reasons the Company is unable to grant your request for a further extension of your medical leave. Since you are currently unable to return to work, MBCI has no alternative but to terminate your employment effective immediately.

MBCI provides eligible employees with leave under the Family and Medical Leave Act ("FMLA") as well as additional leave under its non-FMLA Medical Leave. The Company's records reflect that you exhausted all available FMLA time in May 2003. Because you remained unable to return to work, the Company next placed you on non-FML medical leave. I note you have been continuously absent from work since April 7, 2003 at the direction of Dr. Kopacz.

As you were previously advised, the Company does not grant indefinite leaves of absence. In fact, MBCI has been in the process of reducing the amount of total leave that it will grant in order to maintain a workforce consistent with its production needs. Currently, Company policy allows for a total of six (6) months of leave including both FMLA and non-FML Medical Leave. Since you have used the entire six (6) months leave and remain unable to return to work, the Company has no choice but to terminate your employment.

You will receive information concerning continued medical coverage under the Consolidated Omnibus Budget Reconciliation Act and information concerning other benefits you are receiving under separate cover.

Any questions pertaining to your employment or the termination of your employment relationship would ordinarily be directed to my attention. However, since you have filed a charge of discrimination against the company, it is best that any communication regarding this

matter be directed to Mr. Ron Flowers, Sr. Director - Safety, Environmental & Risk Management. Mr. Flowers may be reached at 812-634-0543. On behalf of the Company, I wish you the best of luck in your future endeavors.

        Sincerely,

        Matt Ohrt
        Employee Relations Manager

cc:  Ronald A. Flowers
   Personnel File