# Attachment 9



**MasterBrand**
Cabinets, Inc.

P.O. Box 420  One MasterBrand Cabinets Drive
Jasper, Indiana 47547-0420
Phone  812-482-2527



November 12, 2003

Cindy Heiman Smith
518 North Hickory
Windsor, IL 61957

Re:    Request for New Non-FML Medical Leave of Absence Policy

Dear Cindy:

By way of introduction, my name is Ron Flowers and I am the Sr. Director for Safety, Environmental & Risk Management for MasterBrand Cabinets, Inc. Your letter was forwarded to me by both Mick Price and Rich Forbes for review and response.

I have enclosed a copy of the Leaves of Absence Policy for the Arthur operation in accordance with your request. I believe that you were previously provided with this information when the policy was implemented. As you may be aware, MBCI is required under the Family and Medical Leave Act to provide 12 weeks of annual leave to employees who meet certain eligibility requirements. While not required by law, all MBCI operations, including Arthur, have historically allowed for leave in excess of 12 weeks due to an employee's own serious health condition. Such leave, called non-FML medical leave, is provided by MBCI because the company believes it is the right thing to do for its employees.

In the past, each MBCI operation established its own limitation on the length of non-FML medical leave. The Arthur operation, for example, has used 12 months as the maximum amount of permissible leave. When the new Leaves of Absence Policy was implemented corporate-wide, part of the corporate initiative was to unify across operations the maximum length of leave. The recommended maximum length of leave is six months. The six-month timeframe is consistent with the duration of benefit eligibility for short-term disability benefits. Each operation was afforded discretion in establishing a timetable for implementation.

The Arthur operation began implementation of the corporate-wide initiative in the first quarter of 2003. When an employee took medical leave and exhausted their entitlement to FMLA leave, the employee received a letter advising that the maximum amount of permitted leave would be a total of six months. The purpose of the September 5, 2003 letter you received from Ms. Linda Watkins was to advise you of this deadline. I understand the employee handbook still references medical leave as being up to one year in duration. This issue was addressed in your September 5, 2003 letter so that there would be no

confusion as to the new limitation on leave. I note in this regard that you have actually been off work continuously since April 7, 2003. Consequently, as of November 7, 2003, you actually had received a total of seven months of uninterrupted leave which means you have received benefits over and above that which you were entitled to received. The provisions in the employee handbook that references the old standard will be revised when the entire handbook is rewritten.

As for the reference in your letter to this change amounting to some form of harassment, I must respectfully disagree. Similarly situated employees have been made aware of the change in policy and the change has been fairly and consistently implemented. Since you have not been singled out, application of the policy does not constitute harassment.

Matthew Ohrt, Employee Relations Manager of the Arthur operation, has done a fine job of implementing the change and communicating information to employees impacted by the change. The organization supports the Arthur operation's efforts at implementing this initiative and the decisions that need to be made to obtain compliance. While I understand that you may be upset by the impact of the change in policy on your particular situation, the change was made for legitimate business reasons. MBCI attempted to take into consideration and balance all competing interests upon implementation.

I hope this letter satisfactorily responds to your inquiry.

Respectfully,

Ronald A. Flowers, CPP, ARM
Sr. Director –Safety, Environmental & Risk Management

Enclosure

cc:   Richard E. Forbes, President
      Matthew Ohrt, Employee Relations Manager
      Mick Price, General Manager