# Attachment 10

# Leaves of Absence
# Arthur, Illinois



**Policy/Procedure**
Issue 1, March 11, 2002

## POLICY SCOPE

All U.S. employees of MasterBrand Cabinets, Inc. ("MBCI"). To the extent individual state law provides benefits different than those provided by this leave of absence policy, the state law modification prevails and an addendum to this policy will immediately follow. In addition, this policy is to be read in conjunction with the terms of any applicable collective bargaining agreement. Unless expressly stated, probationary employees will be eligible for a leave of absence.

## POLICY STATEMENT

MBCI understands that there are circumstances under which an employee may desire to request time off from his/her job. It is the intent of this policy to define those circumstances under which an employee may be granted a leave of absence and to explain how the leave may impact an employee's employment.

## POLICY PROVISIONS

MBCI recognizes the following types of leaves of absence: Family and Medical Leave (FML), Non-FML Medical Leave, Personal Leave, Military Leave, Jury Duty/Witness Leave, and Funeral Leave. An employee who qualifies for a leave of absence may also qualify for short-term disability benefits. For information regarding eligibility for short-term disability benefits, refer to the Short-Term Disability section of your employee handbook or contact your local Human Resources Representative.

MB 0141

# FAMILY AND MEDICAL LEAVE (FML)

MBCI recognizes that employees may need time off to care for the family and medical needs of themselves, their children, spouses and parents. In order to comply with the Family and Medical Leave Act, MBCI has developed this policy to provide eligible employees the necessary flexibility to manage their work and family needs. To the extent the Family Medical Leave Act provides benefits that are greater than those provided for under existing policies, the Family Medical Leave Act will prevail and will supercede existing policies. In addition, to the extent individual state law provides benefits greater than those provided by the Family Medical Leave Act, the state law modification prevails.

## Eligibility

To be eligible for FML, an employee must have been employed with MBCI for at least twelve (12) months and must have worked at least 1,250 hours in the twelve (12) month period immediately prior to the requested leave. MBCI has no obligation to provide FML to an employee who has not worked for the Company at least twelve (12) months and who has not worked at least 1,250 hours in the prior twelve (12) month period. Eligible employees are entitled to up to twelve (12) weeks of unpaid leave during a twelve (12) month rolling period measured backward from the date an employee uses any leave under the Family and Medical Leave Act.

If an employee and his or her spouse are both employees of MBCI, they are entitled to a combined total of twelve (12) weeks of FML if the leave is taken for: 1) the care of a newborn child, 2) the placement of a child with the employee for adoption or foster care, or 3) the care of a parent with a serious health condition. If the leave is for the serious health condition of the husband, wife or their child, both employees are each entitled to twelve (12) weeks of FML.

## Reasons for Leave

Employees may be granted FML for any of the following reasons:

- For the birth of and to care for a newborn child, newly adopted or newly placed foster child. An employee's right to leave for this reason ends twelve (12) months after the birth, adoption or placement of the child with employee.
- To care for the employee's spouse, child or parent who has a serious health condition.
- For the employee's own serious health condition which prevents the employee from performing his/her duties at work.

2

MB 0142

### Intermittent/Reduced Work Schedule Leave

Employees may request the use of FML on an intermittent or reduced work schedule basis due to their own serious health condition or to care for a child, spouse or parent with a serious health condition. If an employee requests FML under these circumstances, it must be for medically necessary treatment that is substantiated by documentation from the medical provider. The documentation must include the expected dates and duration of the treatment. Employees will not be permitted to use intermittent leave or a reduced work schedule to care for either a newborn child or for adoption or placement of a child into foster care. If an employee is granted intermittent or reduced work schedule FML for a condition that is foreseeable, the Company may temporarily transfer the employee to an available alternative position that better accommodates the leave.

### Pregnancy

The definition of a serious health condition for which an employee may be granted FML covers physical conditions that involve continuing treatment by a health care provider including any period of incapacity due to pregnancy or for prenatal care. A pregnant employee may be eligible for FML (including intermittent FML) prior to the birth of her child if, for example, she encounters complications and her condition renders her unable to work or if she suffers from severe morning sickness.

### Substitution of Paid Leave

FML is unpaid. However, FML will run concurrently with any absence covered by either short-term disability benefits or worker's compensation benefits. In addition, employees will be required to use available paid time off during leave under the Family and Medical Leave Act in accordance with the following:

- **Intermittent/Reduced Work Schedule Leave.** Employees must use 100% of all available attendance bonus and vacation time (listed in order of use), or PTO during any intermittent or reduced work schedule leave.
- **All Other Leave.** Employees on a FML (other than intermittent or reduced schedule) must use 100% of all available attendance bonus during their leave. After exhausting all available attendance bonus, such employees must use fifty percent (50%) of their available vacation time or PTO during any period of unpaid leave an employee is not entitled to receive short term disability benefits or worker's compensation.

3

MB 0143

### Continuation of Benefits

During FML, an employee will continue to be eligible for all ChoicePlus benefits for which the employee elected coverage so long as the employee continues to pay their share of any required monthly premium. For example, during any period of FML that involves paid leave, MBCI shall automatically make the normal payroll deductions for the employee's share of any ChoicePlus premiums. During any period of unpaid leave, or during any period of paid leave where premium payments are not made through normal payroll deductions, the employee's share of the monthly premiums shall be billed to the employee on a monthly basis. An employee will have fifteen (15) days from the date of mailing within which to submit payment of the amount owed. Failure to make the monthly premium payment in a timely manner shall result in the cancellation of benefits. Upon cancellation of benefits, an employee will be given the opportunity to elect continuing health care coverage pursuant to COBRA. Benefits may be restored either upon the employee's return to work or upon the first day of the following month (depending upon the plan and the location's practice) after the conclusion of an FML. If an employee fails to return to work at the end of FML for reasons within his/her control, MBCI may seek to recover from the employee all premiums paid on the employee's behalf during the FML.

### Fitness for Duty Certification

Employees who take FML due to their own serious health condition must provide a fitness for duty medical certification from their medical provider prior to being permitted to return to work. Under no circumstances will an employee who fails to provide such certification be permitted to return to work.

### Right to Reinstatement

If an employee returns to work prior to exhaustion of their FML, the employee is entitled to return to the same position or another position with equivalent benefits and pay.

When an employee's FML eligibility runs out during a period of absence of or in excess of four weeks, the employee loses the guarantee of returning to the same position with the company. The employee may be placed, at the company's discretion, in any available position. If at the time there are no open positions for which the employee is qualified their employment will be terminated.

### Other Employment

MBCI operates under the assumption that if an employee is unable to perform their job due to the need to take FML, the employee is also unable to perform work for another employer during the employee's regular working hours. MBCI recognizes that there may be rare occasions where there may be an exception. However, in the absence of prior approval from MBCI, outside employment or supplemental employment while on FML is strictly prohibited. Violation of this policy may result in the denial of continued FML and termination of employment.

### Procedure for Requesting FML

- As soon as the need for leave is known, obtain and complete a Request for Leave of Absence form and return it to Human Resources. Note that where the need for leave can be anticipated, MBCI must be provided with thirty (30) days advance notice of the need for leave or with as much advance notice as possible.
- Upon providing a completed Request for Leave of Absence form, Human Resources will provide the appropriate medical certification form. An employee will be given fifteen (15) days in which to have their medical provider complete the medical certification form documenting the need for the requested leave. Pregnant employees requesting leave for the birth and care of a newborn child must return the medical certification form within fifteen (15) days of the child's birth. Failure to timely return a completed medical certification form will result in denial of the requested FML. It is the employee's responsibility to make sure the form is returned in a timely manner. Unauthorized time away from work due to a denial of leave shall constitute unauthorized absences under any applicable attendance control policy.

### Definitions

For the purposes of this FML policy, the following definitions will be used:

- "All other leave" refers to FML taken other than on an intermittent or reduced leave schedule basis, as those terms are defined below. Specifically, it is FML taken 1) for more than three consecutive calendar days due to a serious health condition requiring continuing treatment by a health care provider, 2) due to in-patient care in a hospital, hospice or residential medical care facility, or 3) due to a period of incapacity which is permanent or long term.
- A "child" refers to a biological, adopted, foster, or "step" child, a legal ward, or a person less than eighteen (18) years of age, for whom the employee has the responsibility to provide care and support. Additionally, a "child" is considered a

5

MB 0145

person eighteen (18) years or older who is incapable of self-care due to a physical or mental disability.

- "Continuing treatment" includes: 1) a period of incapacity of more than three consecutive calendar days plus treatment by a health care provider, 2) any period of incapacity due to pregnancy, and 3) prenatal care. See Human Resources for further details regarding what may qualify as continuing treatment by a health care provider.
- "Intermittent leave" refers to leave taken in periodic or sporadic increments due to a single qualifying reason. Intermittent leave may be taken for a serious health condition that requires treatment by a health care provider periodically, rather than for one continuous period of time.
- A "parent" refers to a biological, step, adoptive person or a person who has acted in the capacity of a parent on a day-to-day basis who was responsible for providing support and care for the employee when he/she was a child.
- "Reduced work schedule" refers to a leave schedule that reduces an employee's scheduled working hours per workweek or per workday. For example, a change from full-time to part-time status or a restriction preventing an employee from working all of the scheduled working hours in a workweek or workday constitutes a reduced work schedule.
- A "serious health condition" refers to an illness, injury, impairment, or physical or mental condition, which requires in-patient care or continuing treatment by a health care provider.

MB 0146

## (NON-FML) MEDICAL LEAVE

A non-FML medical leave of absence ("Medical Leave") may be granted, in the Company's sole discretion, to an employee for their own serious health condition. Only those employees suffering from a serious health condition who are not eligible for FML or have exhausted their annual FML entitlement will be considered for a Medical Leave. A Medical Leave will only be considered for a serious health condition that is covered by the Company's applicable short-term disability policy or worker's compensation insurance.

While an employee may be eligible for benefits in accordance with the company's short-term disability policy or worker's compensation insurance, Medical Leave is otherwise unpaid. Employees will be required to use available paid time off during Medical Leave during any period of unpaid leave an employee is not entitled to receive worker's compensation or short term disability benefits in accordance with the following:

- **Intermittent/Reduced Work Schedule Leave.** 100% of all available attendance bonus, vacation (listed in order of use) or PTO.
- **Other Leave.** Employee must use 100% of all available attendance bonus. After exhausting all available attendance bonus, employees must use fifty percent (50%) of their available vacation time or PTO.

Employees seeking a Medical Leave must complete and submit to their local Human Resources department a Request for Leave of Absence form. Supporting documentation from the employee's medical provider demonstrating the need for leave and its duration must be attached to the Request for Leave of Absence form. Where the need for leave can be anticipated, the Company must be provided with the Request for Leave of Absence form thirty (30) days in advance of the need for leave or as far in advance as possible.

The Company may also place an employee on a Medical Leave when, in the Company's determination, the employee is unable to work and satisfactorily complete their job duties and responsibilities.

The Company reserves the right to periodically require an employee on Medical Leave to provide documentation of the ongoing need for leave. Prior to returning to work, the employee must provide a fitness for duty medical certification from their medical provider. Under no circumstances will an employee who fails to provide such certification be permitted to return to work.

For (non-FML) medical leaves lasting longer than four weeks, an employee's position with the Company during the Medical Leave is not guaranteed. Specifically, upon the completion of the Medical Leave, MBCI is not required to return an employee to their same position or to a position with equivalent benefits and pay. At the completion of the Medical

7

MB 0147

Leave, assuming the employee is released to return to work, the employee may be placed, at the company's discretion, in any available position. However, if at the completion of the Medical Leave there are no open positions for which the employee is qualified, the Company will have no alternative but to sever the employment relationship.

During Medical Leave, an employee will continue to be eligible for all ChoicePlus benefits for which the employee elected coverage so long as the employee continues to pay their share of any required monthly premium. Unless deducted from an employee's short-term disability payments or substituted paid time off (attendance bonus, personal time, sick time and vacation time or PTO where applicable), the employee's share of monthly premiums shall be billed to the employee on a monthly basis. An employee will have fifteen (15) days from the date of mailing within which to submit payment of the amount owed. Failure to make the monthly premium payment in a timely manner shall result in the cancellation of benefits. Upon cancellation an employee will be given the opportunity to elect continuing health care coverage pursuant to COBRA. Benefits may be restored upon the employee's return to work at the end of a Medical Leave or upon the first day of the following month (depending upon the plan and the location's practice). If an employee fails to return to work at the end of Medical Leave for reasons within his/her control, MBCI may seek to recover from the employee all premiums paid on the employee's behalf during Medical Leave.

MB 0148

# PERSONAL LEAVE

A personal leave is meant only for extreme circumstances as determined by the Company in its sole discretion and which require absence from work for five (5) or more working days. Requests for personal leave will be considered on an individual case-by-case basis and will not be granted to probationary employees. Personal leave is unpaid. Employees must use all available paid time off (includes attendance bonus, personal, sick and vacation time or PTO, where applicable) before an unpaid personal leave will be granted.

Employees seeking a personal leave of absence must complete and submit to their local Human Resources department a Request for Leave of Absence form that includes a brief explanation of the need for leave and the duration of the proposed leave. Where the need for leave can be anticipated, MBCI must be provided with the completed Request for Leave of Absence Form thirty (30) days in advance of the need for leave or as far in advance as possible. Local management in conjunction with the local Human Resources Manager may approve, in their sole discretion, personal leave where leave is requested for up to thirty (30) days. A request for personal leave of thirty-one (31) days or more must be reviewed and approved by the Manager, Benefits - MBCI.

An employee's position with the Company during a personal leave is not guaranteed. In other words, the Company has the right to fill the position of an employee on a personal leave. At the end of a personal leave, an employee may be placed, at the Company's discretion in any available position. However, if there are no open positions for which the employee is qualified at the time the employee is ready to return from a personal leave, the Company will have no alternative but to sever the employment relationship.

During the first thirty (30) days of a personal leave, an employee will continue to be eligible for all ChoicePlus benefits for which the employee elected coverage so long as the employee pays his/her share of any required monthly premium. The employee's share of the monthly premiums shall be billed to the employee. An employee will have fifteen (15) days from the date of mailing within which to submit payment of the amount owed. Failure to make the monthly premium payment in a timely manner shall result in the cancellation of benefits. Benefits may be restored upon the employee's return to work at the end of a personal leave or upon the first day of the following month (depending upon the plan and the location's practice). Following the first thirty (30) days of personal leave, an employee's eligibility for benefits will cease. At that time, an employee will be given the opportunity to elect continuing health care coverage pursuant to COBRA.

If an employee fails to return to work at the end of personal leave for reasons within his/her control, MBCI may seek to recover from the employee all premiums paid on the employee's behalf during the personal leave.

9

MB 0149

## MILITARY LEAVE

MBCI encourages employees to serve their country by participating in the uniformed services. If you are called upon to perform military service, whether it involves active duty or annual training requirements for the National Guard or U.S. Military Reserves, you may be entitled to reinstatement/reemployment and other rights under the Uniform Services Employment and Reemployment Rights Act of 1994 ("USERRA"). In order to qualify for benefits under USERRA, your separation from military service must be under honorable conditions and it must meet all of the other requirements of the law. In order to qualify for Company-sponsored benefits, your military service must be in compliance with the following requirements:

(A) **Eligibility.** This policy applies to any employee who must be absent from employment to perform a duty, either voluntary or involuntary, in the uniformed services. To qualify under the Company's military leave policy, an employee requesting leave must obtain and complete a Request for Leave of Absence form and submit it to their local Human Resources Department in advance of the need for military leave. An employee must also furnish a copy of his/her military orders that identifies the time period for the leave as specifically as possible.

(B) **Reinstatement.** Upon returning from a military leave lasting fewer than thirty-one (31) days, in order to be eligible for USERRA and Company-sponsored benefits, an employee must report to work at the beginning of the first full regularly scheduled work day following the completion of the military service.

(C) **Reemployment.** For military leave lasting more than thirty (30) days, but less than one hundred eight-one (181) days, in order to be eligible for USERRA and Company-sponsored benefits, an employee must submit an application for reemployment before the expiration of fourteen (14) days after the completion of the military service. An employee on a military leave lasting longer than one hundred eight-one (181) days must submit an application for reemployment before the expiration of ninety (90) days after the completion of the service. Employees returning from military leave lasting more than thirty (30) days must provide official military documentation identifying the period of military service to establish that the application for reemployment was timely and the character of discharge was honorable. An employee meeting these criteria will be reemployed unless the Company's circumstances have changed so as to make it impossible or unreasonable to undertake reemployment. If reemployed, an employee will be restored to the level of benefits attained had he/she provided continuous service to the Company. As a result, rights and benefits determined by length of service such as vacation and pension entitlements will reflect continuous employment.

MB 0150

(D) **Benefits.** An employee on military leave will continue to be eligible for health benefits for up to eighteen (18) months so long as he/she continues to pay a monthly premium according to the following schedule:

- For leaves of less than thirty-one (31) days, an employee will be required to pay the normal employee share of the premium.
- For leaves of more than thirty-one (31) days, an employee will be required to pay the full premium under the plan.

The health insurance premiums shall be billed to the employee on a monthly basis. An employee will have fifteen (15) days from the date of mailing within which to submit payment of the amount owed. Failure to make the monthly premium payment in a timely manner shall result in the cancellation of benefits. Upon reemployment, benefits will be restored on either the first day of active employment or the first day of the following month, depending upon the health plan by which the employee is covered.

(E) **Compensation.** An employee will be permitted up to two (2) weeks of paid military leave per calendar year provided that he/she has completed one (1) year of service with the Company. Compensation will comprise of an employee's regular rate of pay (for non-exempt employees, regular rate of pay shall be computed by multiplying the employee's hourly rate of pay by the hours missed, not to exceed eight (8) hours per day, forty (40) hours per week up to ten (10) days) after deducting the earnings received from military service. Compensation is contingent upon the Company's payroll department receiving adequate advance written notice of the military leave and receipt of official documentation from the military indicating the amount of earnings received while on military leave. New employees and employees who are either required or volunteer to perform military service for more than two (2) weeks in a calendar year, may elect to use their vacation time in conjunction with military leave.

If you have any questions regarding your rights surrounding military leave, please contact a representative of the Human Resources Department.

11                                                                                                          MB 0151

## JURY DUTY AND WITNESS LEAVE

MBCI recognizes that jury duty is the obligation of all citizens and encourages all employees to fulfill this obligation. Employees who are called for jury duty or subpoenaed as a witness in a court action will be eligible for time away from work. Employees are expected, however, to return to work anytime they are not needed in the courtroom. If called for jury duty or subpoenaed as a witness, an employee must immediately submit a Request for Leave of Absence form and a copy of the jury notification or subpoena to the Human Resources Department.

Employees who miss time from work due to jury duty will receive their regular pay (for non-exempt employees regular pay shall be computed by multiplying the employee's hourly rate of pay by the hours missed, not to exceed eight (8) hours per day regardless of the number of hours an employee was scheduled to work) less the amount of jury duty pay received unless otherwise designated by state law. Employees who miss time from work as a result of being subpoenaed as a witness will not be paid but will be allowed to use available paid time off. Compensation paid under this policy shall not be counted as time worked for purposes of calculating overtime.

MB 0152

# FUNERAL LEAVE

MBCI provides paid Funeral Leave in order to employees to allow time off work due to the death of an Immediate Family Member. Immediate Family Member is defined as: Mother/Father, Spouse, Brother/Sister, Step Mother/Father, Child(ren), Step Brother/Sister, Grand Parents, Step-Child(ren), Brother/Sister-in-law, Mother/Father-in-law, Legally Adopted Child(ren), Son/Daughter-in-law, Step Mother/Father-in-law, Grand Child(ren). Funeral leave where the relationship is to the employee's spouse will be limited to the Immediate Family Members of the employee's <u>current</u> spouse.

Employees may be granted paid funeral leave due to the death of an Immediate Family Member in accordance with the following:

- For the death of a Spouse, Child(ren), Step-Child(ren), Legally Adopted Child(ren), Grand Child(ren), Mother/Father, Step Mother/Father, Mother/Father-in-law, Grand Parent, Brother/Sister, or Step Brother/Sister three (3) days will be allowed.
- For the death of a Step Mother/Father-in-law, Son/Daughter-in-law, or Brother/Sister-in-law one (1) day will be allowed.

Funeral leave pay will be made only for funeral leave falling on an employee's regularly scheduled workday(s). For the purposes of computing Funeral Leave pay, a day consists of eight (8) hours regardless of the number of hours an employee was scheduled to work during Funeral Leave.

Use of Funeral Leave shall not affect eligibility for holiday pay. However, an employee shall not receive both Funeral Leave pay and holiday pay for the same day. If the need for Funeral Leave arises during an employee's vacation, an employee will be eligible for Funeral Leave pay in lieu of vacation pay for the duration of the Funeral Leave. An employee shall not receive both Funeral Leave pay and vacation pay for the same day(s). Compensation paid under this policy shall not be counted as time worked for purposes of calculating overtime.

An employee must notify his/her immediate supervisor of the need for Funeral Leave as soon as possible. The employee must also submit a completed Request for Leave of Absence form to their Human Resources department not later than two days after returning from Funeral Leave. Failure to follow this procedure will result in all absences being counted as unexcused absences under any applicable attendance control policy. Employees may be required to furnish satisfactory verification of death and relationship in order to receive Funeral Leave and pay.