# Attachment 11

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To: Cindy Neiman
Street, Apt. No. or PO Box No.: 518 N. Hickory
City, State, ZIP+4: Windsor, IL 61957

PS Form 3800, January 2001        See Reverse for Instructions

S Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035

Agent / Addressee
Printed Name: Trussel
C. Date of Delivery: 29 May 03

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.
Delivery? (Extra Fee) ☐ Yes

0084

Dear Cindy:

According to our records, you exhausted your job protected leave under the Family and Medical Leave Act ("FMLA") on May 23, 2003. Therefore, your job will be bid in accordance with MBCI's Leaves of Absence policy.

Under this policy, MBCI has the discretion to grant employees additional leave for their own serious health condition as a Non-FML Medical Leave of Absence. The paperwork completed by your physician documents that you are to be off through 6/19/03. In order to have your time off approved after that date your physician must provide medical documentation as to the necessity and probable duration of your request for extension of your non-FML leave. This information must be received by MBCI no later than <u>Wednesday, June 25, 2003</u>. If the documentation is not received by that date, the extension of your non-FML leave will be denied and all time missed will be counted as unauthorized absences under the attendance control policy.

The Company reserves the right to periodically require an employee on Medical Leave to provide documentation of the ongoing need for leave.

You will be eligible for short-term disability as long as you meet the requirements of the plan.

If you have any questions, please contact Linda Watkins at ext. 8529.

Sincerely,

Matthew Ohrt
Employee Relations Manager


VIA CERTIFIED MAIL

MB 0132