**E-FILED**
Wednesday, 01 March, 2006  08:18:35 AM
Clerk, U.S. District Court, ILCD

# Attachment 12



**MasterBrand**
Cabinets, Inc.

217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

September 5, 2003

Cindy Smith
518 N. Hickory
Windsor, IL 61957

Re:  Status of Your Non-FML Medical Leave of Absence

Dear Cindy:

This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. We have received documentation from your physician to continue your non-FML medical leave through October 29, 2003. If you will need an extension of your leave past that date we will need documentation from your physician. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

In your case, you began a medical leave of absence on May 6, 2003. Therefore, with the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on November 5, 2003. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

cc:  Personnel File

MB 0133