E-FILED
Wednesday, 01 March, 2006  08:18:52 AM
Clerk, U.S. District Court, ILCD

# Attachment 13

**THE MEETINGS WILL BE HELD IN THE CONFERENCE ROOM ABOVE ASSEMBLY AREA**

Please Note: Due to the seating constraints in the conference room, all Office Departments need to split into groupings of no more than 1/6 of the department.

Leave of Absent Policy

### Monday, March 4th

3:00 P.M.   1st, 2nd, and 3rd Shift Teamleaders

### Tuesday, March 5th

| 6:00 A.M. | 7:30 A.M. | 9:00 A.M. |
|---|---|---|
| Base | East Paint | Framing |
| Drawer Dept. | West Paint | Plant II |
| 1/2 Shipping | | Door Storage |
| | | Maintenance |
| | | Quality |

1:00 P.M.   Managers

| 3:00 P.M. | 4:30 P.M. |
|---|---|
| East Paint | Base |
| West Paint | Drawer Dept. |
| | 1/2 Shipping |

### Wednesday, March 6th

| 4:30 P.M. | 6:00 P.M. | 7:30 P.M. | 9:30 P.M. | 11:00 P.M. | 12:30 A.M. |
|---|---|---|---|---|---|
| Mill | Specialty | Door Plant | Framing | East Paint | Customer Service |
| Warehouse | Wall | Customer Service | Plant II | West Paint | Door Prep |
| | White Cell | Door Prep | Door Storage | | Door Storage |
| | 1/2 Shipping | Trim Prep | Maintenance | | Quality |
| | | | Quality | | Framing |
| | | | | | Trim Prep |
| | | | | | Maintenance |
| | | | | | Drawer Dept |
| | | | | | Shipping |
| | | | | | Warehouse |

### Thursday, March 7th

| 10:30 A.M. | 1:00 P.M. |
|---|---|
| Door Plant | Mill |
| Customer Service | Warehouse |
| Door Prep | |
| Trim Prep | |

2:30 P.M.   Salary

### Friday, March 8th

| 8:00 A.M. | 10:30 A.M. |
|---|---|
| Laminator - Arcola | Specialty |
| | Wall |
| | White Cell |
| | 1/2 Shipping |

1:30 P.M.   Salary

3:00 P.M.   Salary

EXHIBIT
11-15-05
Smith Group
DJH
#A

| Print Last Name | Print First Name | Signature |
|---|---|---|
| Heiman | Cindy | Cindy Heiman |
| Boddy | Shirley | Shirley Boddy |
| Bogan | Carol | Carol Bogan |
| Doss | Cheryl | Cheryl Doss |
| Gomez | Sofia | Sofia Gomez |
| Bly | Mark | Mark Bly |
| Gill | Debbie | Debbie Gill |
| Coss | Brenda | Brenda Coss |
| Knutt | Jeanette | Jeanette Knutt |
| Lloyd | Crystal | Crystal Lloyd |
| Hodge | Gary | Gary Hodge |
| Dorjan | Jew | Jewell Dorjal |
| Austin | Sharon | Sharon Austin |
| Gaskill | Keith | Keith Gaskill |
| Williams | Brenda | Brenda Williams |
| StClair | Karen | Karen StClair |
| Jolley | Dorothy | Dorothy Jolley |
| Gonzalez | Sue | Sue Gonzalez |
| Lawson | Shirley | Shirley Lawson |
| Miller | Dan | Dan Miller |
| Doss | Kurtis | Kurtis Doss |
| Abercrombie | James (Dan) | James Abercrombie |
| Fausz | Steven | Steven Fausz |
| Musgrave | Sarah | Sarah Musgrave |
| Whaley | Lucinda | Lucinda Whaley |
| Puckett | Dianna | Dianna Puckett |
| Cherry | Cheryl | Cheryl Cherry |
| Yutzy | Willis | Willis Yutzy |
| Fustin | Billie | Billie Fustin |
| Risley | Diana | Diana Risley |
| Scholer | Richard | Richard Scholer |
| Ball | Justin | Justin Ball |
| Fink | Kyle | Kyle Fink |
| Lawrence | Maurice | Maurice Lawrence |
| Alexander | Jason | Jason C. Alexander |
| Trower | Jason | Jason Trower |

3/6/02   7:30 p.m.