**E-FILED**
Wednesday, 01 March, 2006  08:19:06 AM
Clerk, U.S. District Court, ILCD

# Attachment 14

| FIRST NAME | LAST NAME | DOH | JOB | TERM CODE | DATE_OF_TERM |
|---|---|---|---|---|---|
| Deborah | Griffith | 27-Jul-01 | Reserve | VQ | 5-Sep-01 |
| Cheryle | Moffitt | 30-Aug-01 | Assembler II | VQ | 7-Sep-01 |
| Mandie | Thomas | 27-Feb-01 | Reserve | VQ | 10-Oct-01 |
| Teresa | Stafford | 19-Jan-00 | Material Handler II | DC | 16-Oct-01 |
| Ronald | Weybright | 20-May-99 | Machine Operator I | VQ | 26-Nov-01 |
| Dustan | Abbott | 12-Oct-01 | Reserve | DC | 10-Jan-02 |
| Monique | Hall | 17-Jun-99 | Mach OP II | DC | 25-Jan-02 |
| Trena | Knauss | 4-Feb-00 | Machine Operator II | DC | 25-Jan-02 |
| Brenda | Williams | 10-Aug-01 | Assembler I | VQ | 14-Mar-02 |
| Shirley | Lawson | 22-Feb-02 | Material Handler II | VQ | 26-Apr-02 |
| Donald | Purvis | 29-Mar-94 | Machine Operator I | VQ | 3-May-02 |
| Kyle | Fink | 9-Aug-99 | Machine Operator I | VQ | 17-May-02 |
| Adam | Robinson | 3-Jun-02 | Summer | DC | 14-Jun-02 |
| Robert | Fisher | 17-May-02 | Assembler I | VQ | 12-Jul-02 |
| Arthur | Decker | 1-Mar-01 | Material Handler I | DC | 9-Sep-02 |
| Jason | Alexander | 26-Jun-00 | Material Handler II | VQ | 17-Sep-02 |
| Deloris | Farmer | 4-Aug-87 | Assembler II | DC | 11-Oct-02 |
| Kevin | Gibson | 12-Jul-00 | Machine Operator | DC | 7-Nov-02 |
| Crystal | Lloyd | 8-Feb-02 | Reserve | DC | 17-Dec-02 |
| Christopher | Davis | 23-Mar-99 | Machine Operator I | VQ | 21-Mar-03 |
| Danny | Matheson | 3-Feb-03 | Material Handler I | VQ | 16-Apr-03 |
| Brandon | Hammer | 6-Jun-03 | Summer | VQ | 30-Jun-03 |
| Deborah | Gill | 25-May-01 | Assembler II | DC | 23-Jul-03 |
| Brad | Hug | 12-Mar-02 | Assembler I | DC | 28-Oct-03 |
| Cindy | Smith | 18-May-01 | Material Handler I | DC | 17-Nov-03 |
| Richard | Mercer | 7-Aug-87 | Assembler II | DC | 10-Dec-03 |
| Jeanette | Knutt | 20-Sep-01 | Material Handler II | DC | 15-Jan-04 |
| Maurice | Lawrence | 23-Aug-00 | Assistant Team Leader | VQ | 13-Feb-04 |
| Rebecca | Hardwick | 30-Aug-99 | Machine Operator II | DC | 14-Apr-04 |
| Alan | Brickey | 24-Oct-00 | Assembler I | DC | 19-May-04 |
| Mary | Hackman | 3-Jul-00 | Machine Operator II | DC | 29-Jun-04 |
| Dustin | Hall | 10-Jul-00 | Assembler I | VQ | 17-Sep-04 |
| Ronald | Weaver | 9-Aug-99 | Machine Operator I | DC | 6-Oct-04 |
| Richard | Crumrin | 22-Feb-02 | Shipper II | DC | 5-Jan-05 |
| Elisha | Capili | 11-Apr-03 | Material Handler I | DC | 27-Jul-05 |
| Cheryl | Doss | 12-Jan-00 | Auditor | VQ | 18-Aug-05 |
| Jeffrey | Clapp | 8-Apr-96 | Maintenance II | DC | 15-Sep-05 |
| Chris | Bennett | 22-May-00 | Assembler I | | |
| Mark | Bly | 17-Jul-00 | Machine Operator I | | |
| Carol | Bogan | 7-Dec-01 | Assembler I | | |
| Karen | Bunten | 31-Oct-00 | Assembler I | | |
| Candice | Fultz | 5-Sep-00 | Material Handler I | | |
| Juan | Garza | 16-Mar-99 | Shipper I | | |
| Keith | Gaskill | 8-Jul-86 | Machine Operator I | | |
| Sofia | Gomez | 15-Oct-99 | Material Handler I | | |
| Sofia | Gomez | 15-Oct-99 | Material Handler I | | |
| Adora | Gonzalez | 7-Sep-99 | Assembler I | | |
| David | Grovier | 16-Jan-01 | Machine Operator II | | |
| Rachel | Hendrickson | 10-Aug-01 | Material Handler I | | |
| Gary | Hodge | 27-Nov-00 | Machine Operator II | | |
| Dorothy | Jolley | 15-Mar-01 | Material Handler I | | |
| Michael | Kingery | 9-May-96 | Finisher II | | |
| Marlon | Miller | 6-May-85 | Machine Operator I | | |
| Brenda | Morgan | 9-Aug-99 | Shipper II | | |

4201682_1.XLSile

DEPOSITION EXHIBIT 7

MAH 11-18-05

1

VQ=Voluntary Quit
DC=Discharged

| FIRST NAME | LAST NAME | DOH | JOB | TERM CODE | DATE OF TERM |
|---|---|---|---|---|---|
| Rodney | Preston | 19-Jan-99 | Machine Operator I | | |
| Brenda | Reynolds | 10-Jan-02 | Machine Operator II | | |
| Diana | Risley | 25-Dec-91 | Machine Operator II | | |
| Diana | Risley | 25-Dec-91 | Machine Operator II | | |
| Jesse | Russell | 12-Feb-01 | Machine Operator I | | |
| Walter | Souders | 16-Oct-87 | Machine Operator I | | |
| Scott | Stewart | 9-Aug-99 | Material Handler I | | |
| Erika | Wheeler | 22-May-00 | Material Handler I | | |