**E-FILED**
Wednesday, 01 March, 2006  08:19:22 AM
Clerk, U.S. District Court, ILCD

# Attachment 15



**Matthew Ohrt**
01/09/03 08:33 AM

To: Kord Kozma/Arthur/MBCI/FortuneBrands@FortuneBrands
cc:
Subject: Cindy Heiman Meeting

Dave and I met with Cindy this evening. I expressed to Cindy that although she chose to not discuss details with me on Monday, I conducted a thorough investigation that evening. I reiterated that she could feel comfortable talking with me and as long as her statements were in good faith her job would not be affected. I read this portion of the sexual harassment policy to her as well. I explained the results of the investigation to Cindy in that we were not able to substantiate differential treatment from John Winchief toward women. I mentioned to Cindy that she had voiced some concerns the other night, and that I did raise those concerns with John, but they were not substantiated in the investigation. I reiterated to her that if she has any concerns now or in the future that I would look into them as I did in this matter and that my door, Kord's door, Dave's door, and even Mick's door is always open.

In regard to tonight, I explained that there was some information from the investigation that revealed she had handed out a notebook during work time. Cindy denied this and said it was before work. I explained our distribution policy and said I wanted to help her with her concerns, but said I could not allow any associate to break a policy. I expressed that this cannot be done during work time or in a work area.   I encouraged her to inform us of concerns she has or anything that may come up in the future, in that we cannot help her if we do not know.

Next, I mentioned to Cindy that the investigation revealed that several of her fellow team members voiced concern that they could not trust her, that they felt she tried to get others in trouble, and that she often tried to stir things up. I added that this has created an uncomfortable work environment and I stressed the importance of teamwork and trust.

I mentioned there was one more issue we needed to discuss. I explained that the previous information regarded the investigation about John, but this information regarded a concern that John raised and there was evidence from the investigation to support. I paged John to include him in the meeting. Cindy requested someone sit in with her at this time. I honored the request but voiced that it would be volunteer on their part and that I could not force them to sit in. She asked me to call Cheryl Doss and Cheryl obliged. At the start of the meeting I voiced concerns that John and other witnesses had regarding Cindy talking about John and other married men in a sexual manner and asking John out to the bar on a continual basis after John has repeatedly declined and informed her that he is a married man and does not want to go. John added that he felt it would not be professional of him to go to a bar being that he did not feel comfortable in this setting as their supervisor. Cindy expressed that she did this to help the others see John as a person.   I explained that this behavior of talking about John in such a way and asking him out must stop, as John voiced in the investigation that it makes him feel uncomfortable.   In regard to Cindy's behavior at work, I said no disciplinary action would be taken at this time, but that it may in the future if the behavior continues. Cindy then replied that it goes both ways, referring to innappropriate comments. I asked her to explain. Cindy repeated it goes both ways. Again I asked for comments, details or examples. Cindy was unwilling or unable to cite any examples. I repeated my offer of listening to her concerns and looking into matters deserving of investigation in the future, but pointed out that accusations without any supporting comments or behavior were not enough. John also brought up a note that was put on his windshield, directing him to Windsor, IL. Cindy lives in Windsor but since John had recently thrown this away and there were not witnesses, I did not mention this. Next, Cindy asked if I would review incidents given by John. I asked what she meant by incidents. After some discussion, it appears she was referring to discipline papers to other associates. I obliged that I would read the documents ,but added that I could not share others personal information with her. To move toward closing the meeting, I epxressed that any retaliation would be a serious matter and that I expected her not to discuss the investigation with fellow associates. At this time I stressed the importance of moving forward

MB 0733

and building damaged relationships with her fellow associates. I offered hope that she and John could see eye to eye and resolve issues together. Again, I offered help from myself, Dave, if she did not feel comfortable going to John or if the matter regarded John. With no further questions or comments, I closed the meeting.


Matthew Ohrt
Masterbrand Cabinets
217-543-8522

MB 0734

Matt·-Please copy me on documentation of the actions you take.

Kord

Matthew Ohrt

 **Matthew Ohrt**
01/07/03 09:39 AM

To: Kord Kozma/Arthur/MBCI/FortuneBrands@FortuneBrands
cc:
Subject: Door Plant Investigation

I met with Cindy Heiman in the Door Plant on Friday (1/3/03) evening.  This was regarding a message she left Linda Helmuth about  an issue she had with vacation approval.  Cindy and I talked in the breakroom about the vacation issue.  After discussing that, Cindy mentioned that she felt John discriminated against women.  I asked for details.  Cindy gave examples of where John allegedly made comments to her that "she might break a nail" if she did something and that she couldn't run a machine because he "didn't want it tore up".  I told Cindy that I would investigate this concern at start of shift on Monday (1/6/03).  I then informed Dave of the concern and asked he pass on to John that I would be looking into this on Monday.

MB 0737

Cindy Heiman

I requested to talk to Cindy again this evening so I could get more detail and have a chance type notes into my computer as we talked. I led of the discussion with a general statement that we would provide her a safe work environment and that her job would not be affected in any way as long as she gave testimony in good faith. Cindy became defensive at this time and became nervous. She questioned the comment of her job being affected. I simplified the statement saying that I would be conducting an internal investigation and that as long as she told me the truth her job would not be affected. She said if she was going to lose her job that she did not feel comfortable talking to me. I assured her that this is a statement I tell everyone in an investigation and that I would talk to others as well. She said she felt I would be professional, but wanted to consult with someone first. She said she may be back to talk to me tomorrow. I informed Cindy that I would continue the investigation, as it is important I provide a safe work environment and look into concerns, especially considering that she voiced some concerns last Friday.

Karen Sinclair

Before I asked a question Karen said John is the best supervisor out there. She said he does well supporting directives and decisions given to him. He is always willing to jump in and help any of us out there. I asked if Karen has ever seen any behavior or heard any comments from John that could be viewed as discrimination or unfair treatment toward women. Karen said John is not biased one way or another. Seniority is the deciding factor. If you are a good worker it doesn't matter what sex you are. I know that Cindy brought this up. She can't get a settlement out of her shoulder, she rides mechanical bulls. I was with her when she fell off a bar stool and hurt her shoulder. She came in and said it was a work injury. She then trips over electrical cords and conveniently has a witness. This was too easy. She is looking for a paycheck. There are not a lot of Cindy sympathizers out there. She has a hurt knee and rides mechanical bulls. Give me a break.

Dorothy Jolley

I asked Dorothy what she thought of John. I worked with John at Monahan's in Arcola before here. John is a by the book guy. He believes in following the rules as far as the job goes. I don't think he is a shovenist as far as women go. His father died when he was young. If he does favor men I think it is because he looks out for women and does not want them to get hurt. I think he tries to be fair in everything he does. You can be assured that he makes everyone stay busy. They will be pushing a broom if they don't have anything to do. I know who brought up the comments. She was talking about it. I knew of Cindy before she got here. I have a friend at AmPad and they said she will try to get you fired if she has a beef against you. She told me this right after she started here. I asked Dorothy what Cindy said about John. Cindy said John is a male shovenist fcking pig. She told me this after the Thursday after New Year's.

MB 0740

Carol Bogan

I asked Carol what she thinks of John. I don't have any problems with John. I hear a lot of gossip, but you have to overlook that. I asked what gossip Carol hears. Carol said that he is shovenist against women. I have not seen this in John. I asked who said this. Carol said Cindy Heiman. Debbie has said it. They think John does not give them the jobs they want. They are both on light duty in our department. I asked if Carol has witnessed John say anything or do anything that might be perceived as discriminatory. Carol said she has seen nothing of the like.

Mary Hackman

I asked Mary what she thinks of John. John is a nice man. He tries so hard. Getting into the department, then we move everything and get in new machines. He has his work cut out for him. I think he is a nice man. At one time this one woman accused me of hitting her. I have never been in trouble. I told John that I don't like to tattle, but I wanted him to know this. This person was Cindy Heiman. She then accused Alan Ricky of hitting her. These were both false accusations and nothing happened to her. She got another person fired and never was reprimanded. I do like John though. He has not done anything unkind. He is a good man. He has never been sexist toward me and I have never seen him do anything innappropriate. He has told me that I can talk to Dave anytime if I have a concern.

MB 0742

Brenda Purcell

The department has been under a lot of stress with all the changes. I asked him last week about getting some training. He said as soon as we get through the holidays and get everyone here, we will. He is real understandable. I asked Brenda if she has ever witnessed John speak or behave unfairly toward a women. No. I have seen him try to understand their position and say he will get back with you. I think he is trying to the do the best job he can. He gives me a straight answer and follows up if necessary.

MB 0743

Sue Gonzalez

I don't know what is going on. They are not seeing eye to eye. She thinks he is a male shovenist. Sometimes he will talk to the guys when we are standing right there, but I think he is a good guy. Cindy didn't get some vacation time and she has been raising cain ever since. I work next to her so I hear it all. I do feel sometimes he likes the men more than the women. He doesn't come out and say it, but sometimes I feel like he doesn't want women to work on certain machines as if they can't handle it. He has never said it, but I get the impression he does not want the woment to get hurt. I do think he is a good man though. The only complaint I have about John is that he will say I will take care of something and it will take five or six times before he does something. There has not been anything major though. Cindy and John used to be two peas in a pod and now she is upset with him.

MB 0744

Cheryl Doss

John treats me very well. If I feel someone will be upset with a quality issue, I go to John and he handles it. I asked if John treats everyone equally and fairly. He does the best he can to treat everyone equally and fairly. John has inherited some difficult people. He has had a difficult time getting people in the right places and the door plant moves. We have a hard job out there right now with this move. I asked if some feel John is not fair. Cheryl mentioned three women. I asked if she felt their issue is legitimate or if it is something else. Janette and Debbie Gill want their way. Cindy wants everything her way or no way. I asked why they might say John favors men. They say some men are getting more time off than they should be allowed. They will make comments if a man is off. They will say, "boy aren't they about due for write-up"? They have been off a lot. I do not think that is happening. I asked why they are taking it out on John. Because they don't stand up to Bill Hinds on day shift. First shift will not make cap, they leave it a mess, they leave no setup. John asks second shift to clean, make production and make up for what first shift missed. I mentioned that I am still missing the link between John and how he discriminates against women. I have not seen or heard anything personally innappropriate from John toward women.

Matthew Ohrt
Masterbrand Cabinets
217-543-8522

MB 0745

Becky Hardwick

I asked Becky what she thinks of John. I don't think he gets much respect out there. He most definitely shows favoritism. It seems like he favors the males. I think he is slack with Scott Stewart. No matter how many complaints he gets, such as driving to fast on the forklift, he says he is busy. He doesn't address it like he does with others. He seems like he is kind of hard on Chris and Mike Kingery. I think John is more concerned with what first shift needs than ours. You don't hear him give recognition. If Bill leaves him a list to do, he will get it done. Today, the day shift got only 700 doors out. They are supposed to get 1300. He makes excuses for them but we have to make our production. Another example is that I received a verbal for coming to the exercises late on the second day of stretching. Five males have shown up late and have not received anything. They show up everyday, or at least 4 out of five late. I've asked him to take it out of my file and he says I can't do that.

MB 0746

Deb Gill

Deb informed me that she is talking with a lawyer and was not sure if she could talk to me. She said she talked wth Kord, Dave, and John about the fact that John discriminated against women. I did call corporate on this as well. I asked what came out of it. John apologized to me. Kord said he would inform corporate that it had been dealt with. Deb said yes, but nothing changed; it still goes on. I asked for examples. Deb said she used to have long hair. During stretch and flex we were going over the entanglement policy. John pointed me out has having to wear my hear up. There was a many standing next to me that had longer hair than I. John never mentioned to him that he had to wear his hair up. This is what John apologized for. Art is no longer with the company. He was terminated through progressive discipline for quality problems. Most recently was my injury. When I got hurt, I went to John and told him. He told me he would call Jody and Jerry Ray that he would find work for me. He had previously moved other men when they complained of pain. He did not move me. He said we have to get the job done. He listens to me and does not listen to women. I had surgery on my hand the day after Thanksgiving. I just came back last Monday. I have been working in customer service doing light duty work. I asked if other women had concerns about John. Becky in our department may. Sue in door plant. Brenda Purcell was upset about not getting a job. These women will tell you that John treats women differently than he treats men.

MB 0747

John Winschief

Since I started in the door department, Cindy has been a problem. She has been into it with Mary Hackman, Dustin Hall, and Alan Brickey. She has had a record of accusations against people. This ranges from alleged harassment against her or general trouble with others. Early on I discussed with Dave to possibly let Cindy go during her probation due to her behavior. At this time we decided to retain her for full-time employment thinking we could help her do well. We thought she had made a turn around.

I asked John if he made a comment about breaking a nail. If I did say that it was taken out of context. I have excellent women in my area who do a good job. I asked if John made a comment about not letting Cindy run a machine so it wouldn't get torn up. John said he did not make such a comment.

For the last three months Cindy will invite me for a drink with she and Cheryl. She said, "You try to be so nice all the time. Nice will not get you anywhere". One night I found a note on my windshield that said "If you're in need, drive to Windsor, IL". Cindy lives in Windsor. The other night Cindy approached me and asked if I know how to tell when a woman it satisfied. John made the comment, what is the punch line? as if to say he didn't get the joke. Cheryl and Cindy are close. Cheryl has told me that Cindy has a thing for me. Every night she asks me to meet her afterward or have a drink with her. Sometimes I just ignore it or sometimes I tell her that it is not professional to go out with your supervisor to that setting.

MB 0748



**Matthew Ohrt**
01/08/03 06:49 PM

To: Kord Kozma/Arthur/MBCI/FortuneBrands@FortuneBrands
cc:
Subject: Door Plant Investigation 2

Matthew Ohrt
Masterbrand Cabinets
217-543-8522
····· Forwarded by Matthew Ohrt/Arthur/MBCI/FortuneBrands on 01/08/03 05:07 PM ·····

**John Winschief**
01/07/03 09:56 PM

To: Kord Kozma/Arthur/MBCI/FortuneBrands@FortuneBrands
cc: Matthew Ohrt/Arthur/MBCI/FortuneBrands@FortuneBrands
bcc:
Subject: Door Plant Investigation 2

Monday evening Brenda Purcell approached me wanting to talk about something that was bothering her and that she didn't feel comfortable talking to Matt Ohrt about it. Brenda said that Cindy was accusing her of sleeping with married men here at the plant and Brenda wants the comments to stop because she being Brenda is going through a divorce right now and doen't need the added stress.Cindy then told Brenda there wasn't anything wrong with sleeping with married men because she, being Cindy has slept with married men here in the plant and there were three in the door plant she would like to sleep with,(myself) being one of them.Brenda would like Cindy to stay away from her,she said Cindy is a instigator and trouble maker.

On tuesday 01/07/02 Dorothy Jolley approached me wanting to talk to me about something that was irrritating her.She said Cindy was going around the door plant trying to get other associates to side with her and start taking notes about things that go on in the door plant. Cindy has tried to get Adora Gonzalez to side with her and Cheryl Doss and Dorothy said if she is approached that she will bring this matter before the H.R. Dept. because she and others are tired of what's going on.

John Winschief
01/07/02

MB 0749

Attached above is an email I received from John Wincheif.

Carol Bogan

When we came in yesterday Sue told me that Cindy was handing out tablets so others could write down the things that John is doing. These were tablets that Cindy brought in herself. She has not approached me yet. I told John all of this last night. I told him if she does approach me I would go to HR.

MB 0750

Brenda Purcell

Cindy has brought in notepads and wants people to write things down.  She has not asked me yet and I do not want her to.  Cindy told me that she had a relationship with a married man in the plant.  It was more than just a relationship, rather a sexual encounter.  That night he came by to give her a Christmas card.  I said, he's looking for you, you know what he wants.  She said you have done that too. I said I have not messed around with married men at work.  She has made several comments at work about married men at work that she would like to take home.  When I first started here she made comments to me about John.  She said he is good looking and she would like to take him home.  I said he is a good looking man but he is a married man.  She has made a comment about a couple other men in our deparment that are married.  I am going through a divorce and her comments of me liking to sleep with married men hurt me.  I do not do that.  Since I have been here she has caused problems.  She wants to cause problems with others to get them in trouble.  She keeps saying something about a lawsuit.  She said she is going to get rich off this place.  I tell her whatever and do not pay attention.  To me she just lies.  I am afraid to talk to her about something.  I am afraid she will turn it around and turn it into a lie.  I asked if Cindy was handing out notebooks during work time.  Brenda said she did not know.  You would have to ask Sue.

MB 0751

Sue Gonzalez

Cindy has given everyone notebooks. I did take one but I will not write anything in it. I asked when she gave Sue the notebook. Right at the start of work. We were both clocked in but it was before our starting time. She handed me the notebook. I said what is this for. She said to write things you don't like about John. I told her I would take the notebook but I would not write in it. I know Cheryl took one. I told John my feelings the other night. I told him I did not feel he was discriminating.

MB 0752

Cheryl Doss

Cindy gave me a notebook. She wants all the women in the department to take notes of incidents. She has a bag of them yesterday. She gave me this notebook right after first break. It was during my work time. I don't agree with some of the things Cindy does.

MB 0753



**Matthew Ohrt**
03/07/03 05:59 PM

To: Matthew Ohrt/Arthur/MBCI/FortuneBrands@FortuneBrands
cc:
Subject: Cindy Heiman issue

This afternoon, John Winschief called and asked if he could talk with me in my office. John came up and was frustrated with an associate named Cindy Heiman. John said he was considering looking for another job due to the frustrations that Cindy causes on a daily basis. He said she disrupts the department and no one enjoys working with her. John said that Cindy came to him last night said that Dustin threw her stool across the clamp table. John responded by saying that he would look into it and if he found that was true he would handle it appropriately. However, John's discussions with Allen and Sue revealed that this accusation was not true. Allen and Sue commented that they worked there all night and would have seen or heard if Dustin threw Cindy's stool. Cindy uses this stool, as she has restrictions to stand a half hour and sit a half hour continuously.

Later this day, Cindy came up to the office and requested copies of her personnel file and FMLA/STD file I had copied. Lynda Helmuth paged me on the floor and I came up. I gave Cindy the copies and she gave $.10 per copy, totaling $7.70. I asked Cindy how things were going in door plant with her team. She said things were going fine. Since hearing about the sitting restriction, I asked Cindy what injury caused this restriction. Cindy was non specific saying a couple times that it was her leg. She said she had tripped over some wires on the floor. I asked Cindy what happened last night in door plant. Cindy said Dustin picked up her stool and threw it three times over the clamp table. She said Mary had picked it up for her a couple times. We then closed our discussion as I said I would talk to the people involved.

Shortly after 3:30pm, I went out to the door plant and first talked with Mary. Mary was upset with Cindy, saying she had lied about an incident, causing her to receive a verbal. She said Cindy is always doing things to disrupt the team. She said she is nice to your face and does things behind your back. She said she was over in the same area as Cindy all night and would have seen it if Dustin threw the stool.

I talked with Dustin first. Dustin said he picked up the stool a few times and put it on the other side of the table because it was a trip hazard. He said he did not throw it and that John had asked him the same thing last night. He said Sue and Allen were right there as well and would have seen if he threw it. Dustin said there was another time that Cindy accused him of something that wasn't true and he was written up for it. He said this related to cussing.

I talked with Sue Gonzales next. Sue said very similar things, in that she was there all night and likely would have seen it if Dustin had thrown the stool. Sue said she saw the stool directly on the other side of the table, but that if he threw it there is no way it could land directly on the other side. Rather, it would have been further away from the table.

I talked with Allen last. Allen reiterated that he did not see Dustin throw the stool. Allen took the time to walk around and point exactly where the stool was sitting. Allen said it was in the way, but that if it was thrown it could not have landed where it was. Allen said that the group knows how ·Cindy is and questioned her credibility.

At around 5:30pm Dave and I talked with Cindy Heiman in my office. Cindy requested a witness be present. I denied this, explaining that the investigation was complete and no discipine was being issued. Hence, Weingarten rights do not apply. In a previous investigation where Cindy made accusations that again were not substantiated, I did allow her a witness in Cheryl Doss. In this meeting we gave counseling to Cindy about our sexual harassment policy, in that it was found she was acting inappropriately toward John Winschief, her Team Leader.

MB 0756

I explained to Cindy that my investigation revealed that her accusation of Dustin throwing the chair was not substantiated. I explained that it was found that Dustin moved the stool to avoid a trip hazard, but that "throwing" was a strong word to use for this, as it was just on the other side of the clamp table. I cautioned Cindy in her words, especially when making accusations. Cindy said I was not believing her. She then went on a two to three minute, somewhat incoherent spell crying while talking saying how she is a Christian and works hard and is a good person. At one point in the conversation I asked Cindy if she was happy. While crying, almost in an agry manner, Cindy explained how happy she was. I expressed that she does not look happy. She became defensive and questioned my judgement. I offered Cindy an EAP card. Cindy said she already had one. Cindy then brought up again about me not believing her and how she was stressed for being called up in this office again. I explained that I do not enjoy these meetings either, but that my role to address issues when necessary.  I gave an example to Cindy saying that if five people say something and another has a totally different story, that if she were in my shoes who would she believe?  Cindy said she understood that but had no answer as to why her explanations of things now and in the past have been inconsistent with other's testimony. Cindy asked if she could be moved out of the door plant. Dave said yes, as he had aranged for her to to the bagger job in customer service. This is the position Deb Gill has been doing, but is out tonight. Deb is on restrictions as well. This position suits Cindy well, as it is 100% sitting.  We will find a position Deb can do in the plant when she returns, as our policy indicates that we can move restricted associates as needed. Cindy reiterated that she would not come to me in the future. I said that is unfortunate, that I remain supportive in helping her be successful here.


Matthew Ohrt
MasterBrand Cabinets
217-543-8522

MB 0757