**E-FILED**
Wednesday, 01 March, 2006 08:19:44 AM
Clerk, U.S. District Court, ILCD

# Attachment 16

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
#### URBANA DIVISION

CINDY SMITH,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    No. 04-2215
                                      )
MASTERBRAND CABINETS, INC.,           )
                                      )
        Defendant.                    )

## AFFIDAVIT OF MATTHEW OHRT

Affiant, Matthew Ohrt, being first duly sworn upon his oath deposes and states as

follows:

    1.    I am an adult over age 18 of sound mind and competent to testify as to all

matters contained in this Affidavit. All matters contained in this Affidavit are within my

personal knowledge or were obtained in the regular course of my duties.

    2.    I have been employed by MasterBrand Cabinets for three and one half

years. I am currently employed at the Arthur, Illinois facility as the Human Resources Manager.

    3.    Cindy Smith was employed as a Material Handler I in the door plant.

Including Smith there were eight Material Handlers employed in the door plant.

    4.    The job classifications in the door plant were Material Handler I,

Assembler I, Machine Operator I, and Machine Operator II.

    5.    Within the door plant where Smith worked, two Machine Operator jobs

came up for bid in 2001. Smith bid on only one of those jobs (along with four other employees).

Smith was the least senior employee and was not awarded the job. The other Machine Operator

job was awarded to a woman. True and accurate copies of the Machine Operator Job Bid Sheets maintained by the Company for the period of Plaintiff's employment are attached hereto.

      6.     In 2002, twelve Machine Operator jobs came up for bid in door manufacturing. Smith bid on only one of those jobs (along with five other employees). Smith was not the most senior employee and thus was not awarded the job. Of the remaining Machine Operator jobs up for bid, a woman was the successful bidder on two jobs.

      7.     In 2003, seven Machine Operator jobs came up for bid in the door plant. Smith did not bid on any of these jobs. A woman was the successful bidder on two jobs.

      8.     A Machine Operator, not a Material Handler runs a Costa sander or a saw.

      9.     In November 2001 Smith visited the Company's Tennessee plant at Company request. True and accurate copies of the Accounts Payable reports associated with Plaintiff's expenses for this trip are attached hereto.

      10.    MBCI had in place a leaves of absence policy defining the circumstances under which employees could be absent from work on an approved leave of absence.

      11.    When the leave of absence policy was modified such that employees only received six months of total leave, some employees were grandfathered and allowed a total of 12 months leave.

      12.    Employees grandfathered under the old time limits were those who had already exhausted their family and medical leave time and had already been on leave for six months. The Company determined that because these employees had already been on leave for six months it was unfair to suddenly terminate their employment.

2

13. Employees who were grandfathered included both men and women. They were Joyce Good and Brad Hug. True and accurate copies of the Leave Letters sent to these employees are attached hereto.

14. Employees who were *not* grandfathered were those employees who, although on leave, had not yet exhausted their family and medical leave act time or who had not yet been absent for six months. Those employees were Cindy Smith, James Poundstone, Martha McCoskey. True and accurate copies of the Leave Letters sent to these employees are attached hereto.

15. Smith reported only two complaints in 2003. She received no discipline as a result of her complaints and there were no changes to the terms or conditions of her employment.

16. MBCI terminated Smith's employment on November 17, 2003 because she had exhausted all available time off from work and remained unable to return to work.

FURTHER AFFIANT SAYETH NOT.

Matthew Ohr

3

# PERSONNEL REQUISITION

DATE POSTED:            03/16/01                    Post    3/16/01
                                                   Down    3/20/01

JOB TITLE:              Machine Op II

NEW POSITION:                          [    ]

REPLACEMENT POSITION:                  [ X ]

ASSOCIATE:             Christina Strothers

TEAM NAME:

TEAM LEADER'S NAME:    Matt Hessee

DEPARTMENT:            Door Manufacturing

SHIFT:                 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED: _____

SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Monique Hall | 209 Assm II | 06/17/99 | 03/20/01 | |
| Nick Price | 2nd shift Reserve | 8/29/00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

DATE POSTED: _____ 12/07/01 _____

Post          12/7/01
Down          12/11/01

JOB TITLE: _____ Machine Operator I _____

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Jeff Clapp

TEAM NAME: _____

TEAM LEADER'S NAME: _____ John Winschief _____

DEPARTMENT: _____ Door Plant _____

SHIFT: _____ 2nd _____

*Cancell – by Mick*

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED: _____

### SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Chris Davis | 215 Mach Op II | 3/23/99 | 12/11/01 | |
| Cindy Rose | 118 Mat Hnd II | 8/2/99 | | |
| Rebecca Hardwick | 218 Assm II | 8/30/99 | | |
| Jason Alexander | 218 Mat Hnd II | 6/24/00 | ----------- | Suspended 2/21/01 |
| Cindy Heiman | 218 Mat Hnd I | 5/18/01 | | |

# PERSONNEL REQUISITION

|  |  | Post | 1/25/02 |
|---|---|---|---|
|  |  | Down | 1/29/02 |

**DATE POSTED:** _01/25/02_

**JOB TITLE:** Machine Operator II

**NEW POSITION:** ☐

**REPLACEMENT POSITION:** ☒ x

**ASSOCIATE:** Trena Knaus

**TEAM NAME:** _____

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

**BUMP REVERSAL RIGHTS?** YES/NO NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:** _____

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Mary Hackman | 218 Mat Hnd I | 7/3/00 | 1/29/02 | |
| Karen St. Clair | 207 Mat Hnd I | 10/31/00 | | |
| Jesse Russell | 218 Mat Hnd II | 2/12/01 | | |
| Shawn Bell | 207 Assm I | 7/27/01 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

|  |  |  |
|---|---|---|
| | **Post** | **1/28/02** |
| | **Down** | **1/30/02** |

**DATE POSTED:** 01/28/02

**JOB TITLE:** Machine Operator II

**NEW POSITION:** [ ]

**REPLACEMENT POSITION:** [x]

**ASSOCIATE:** Monique Hall

**TEAM NAME:**

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

**BUMP REVERSAL RIGHTS?** YES/NO  NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:**

**SENIORITY LISTING**

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Karen St. Clair | 207 Mat Hnd I | 10/31/00 | 2/4/02 | |
| Jesse Russell | 218 Mat Hnd II | 2/12/01 | | |
| Dorothy Jolley | 218 Assm I | 3/15/01 | | |
| Shawn Bell | 207 Assm I | 7/27/01 | | |

# PERSONNEL REQUISITION

|  |  | Post | 3/26/02 |
|--|--|------|---------|
| **DATE POSTED:** | 03/26/02 | Down | 3/28/02 |

**JOB TITLE:**        Machine Operator I

NEW POSITION:                     [ ]

REPLACEMENT POSITION:      [ x ]

ASSOCIATE:        Rick Underwood

**TEAM NAME:**

**TEAM LEADER'S NAME:**        **Bill Hinds**

**DEPARTMENT:**        **Door Plant**

**SHIFT:**        1st

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|-----------------------|-------------|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
|  | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|-------|--|-----------------|------------------|-----------|
| Marlon Miller | 218 Assm I | 5/6/85 | 4/1/02 | |
| Keith Gaskill | 218 Mach Op I | 7/8/86 | | |
| Mike Howell | 112 Mach Op II | 4/5/94 | | |
| Brian Logsdon | 118 Assm I | 4/29/96 | | |
| Mike Kingery | 218 Mach Op I | 5/9/96 | | |
| Theresa Davis | 114 Mat Hnd II | 11/18/96 | | |
| Cindy Plummer | 314 Auditor | 9/26/97 | | |
| Yvonne Steward | 121 Mat Hnd I | 9/28/98 | | |
| David Ray | 108 Mat Hnd II | 11/2/98 | | |
| Juan Garza | 118 Assm II | 3/16/99 | | |
| Carol Nolen | 215 Mach Op II | 3/18/99 | | |
| Chris Davis | 215 mach OP II | 3/23/99 | | |
| Kyle Fink | 218 Mach Op I | 8/9/99 | | |
| Brad Yoder | 221 Mat Hnd I | 8/25/99 | | |
| Cindy Lucas | 104 Mat Hnd II | 12/2/99 | | |
| Tony Reynolds | 220 Ship I | 7/31/00 | | |
| David Moerlien | 214 Fin II | 11/27/00 | | |
| Julie Gadeberg | 221 Mat Hnd I | 3/30/01 | | |
| Theron Harlin | 216 Mat Hnd I | 7/27/01 | | |
| Robert Logsdon | 205 Mat Hnd I | 7/27/01 | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

| | |
|---|---|
| **Post** | **4/22/02** |
| **Down** | **4/24/02** |

**DATE POSTED:** _____ 04/22/02 _____

**JOB TITLE:** _____ Machine Operator I _____

**NEW POSITION:** ☐

**REPLACEMENT POSITION:** ☒

**ASSOCIATE:** Donny Purvis

**TEAM NAME:** _____

**TEAM LEADER'S NAME:** _____ John Winschief _____

**DEPARTMENT:** _____ Door Plant _____

**SHIFT:** _____ 2nd _____

**BUMP REVERSAL RIGHTS?** YES/NO NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:** _____

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO DATE: | COMMENTS: |
|---|---|---|---|---|
| Rick Mercer | 218 Mat Hnd II | 8/7/87 | ------------- | Written Warning 11/2/01 |
| Chris Davis | 215 Mach Op II | 3/23/99 | 4/29/02 | |
| Dustin Hall | 218 Assm I | 7/10/00 | | |
| Randy laws | 200 Assm I | 8/17/01 | | |
| James Rawlings | 207 Assm I | 8/24/01 | | |

# PERSONNEL REQUISITION

|  |  | Post | 5/2/02 |
|---|---|---|---|
| DATE POSTED: | 05/02/02 | Down | 5/6/02 |

**JOB TITLE:** Machine Operator II

NEW POSITION: [ ]

REPLACEMENT POSITION: [ x ]

ASSOCIATE: Sofia Gomez

**TEAM NAME:**

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
|  | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Dustin Hall | 218 Assm I | 7/10/00 | 5/6/02 | |
| Randy Laws | 200 Assm I | 8/17/01 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PERSONNEL REQUISITION

| | |
|---|---|
| | **Post** 5/6/02 |
| **DATE POSTED:** 05/06/02 | **Down** 5/8/02 |

**JOB TITLE:** Machine Operator I

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Kyle Fink

**TEAM NAME:**

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED:

### SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Walt Souders | From TL | 10/16/87 | 5/13/02 | |
| Rodney Preston | 216 Mach Op II | 1/19/99 | | |
| Kevin Gibson | 218 Mat Hnd II | 7/12/00 | | |
| Randy Laws | 200 Assm I | 8/17/01 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

| | |
|---|---|
| **DATE POSTED:** | 05/21/02 |

**Post** 5/21/02
**Down** 5/23/02

**JOB TITLE:** Machine OP I

**NEW POSITION:** ☐

**REPLACEMENT POSITION:** [ x ]

**ASSOCIATE:** Rick Gregory

**TEAM NAME:**

**TEAM LEADER'S NAME:** Willie Wiekert

**DEPARTMENT:** Millroom

**SHIFT:** 2nd

**BUMP REVERSAL RIGHTS?** YES/NO NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:**

**SENIORITY LISTING**

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Gary Feezel | 216 Mach OP II | 10/8/97 | 5/28/02 | |
| Julie Gadeberg | 221 Mat Hnd I | 3/30/01 | | |
| Cindy Heiman | 218 Mat Hnd I | 5/18/01 | | |
| Michael T. Smith | 207 Mat Hnd II | 7/27/01 | | |
| Randy Laws | 200 Assm I | 8/17/01 | | |
| Lewis C Brown II | 212 Mach OP II | 3/22/00 | | |
| (inel-warning) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

| | | | Post | 9/26/02 |
|---|---|---|---|---|
| **DATE POSTED:** | | 09/26/02 | **Down** | 10/1/02 |

**JOB TITLE:** Machine OP II

**NEW POSITION:** [ X ]

**REPLACEMENT POSITION:** [ ]

**ASSOCIATE:** New Position

**TEAM NAME:**

**TEAM LEADER'S NAME:** Bill Hinds

**DEPARTMENT:** Door Plant

**SHIFT:** 1st

**BUMP REVERSAL RIGHTS?** YES/NO NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:**

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Judy Dunn | 112 Mach OP II | 10/16/87 | 10/7/02 | |
| Gary Beals Jr | 102 Ship II | 11/10/92 | | |
| Mary Fansler | 105 Mat Hnd I | 3/19/93 | | |
| John Williams Jr | 118 Assm I | 5/2/94 | | |
| Brian Logsdon | 118 Assm I | 4/29/96 | | |
| Cindy Plummer | 314 Auditor | 9/26/97 | | |
| Carol Hardig | 118 Assm I | 10/7/97 | | |
| Nancy Nadolny | 313 Fin II | 10/19/97 | | |
| Phyllis McCoy | 118 Assm II | 4/20/98 | | |
| Mike Smith | 107 Mat Hnd II | 1/2/99 | | |
| Juan Garza | 118 Assm II | 3/16/99 | | |
| Sofia Gomez | 118 Mat Hnd I | 10/15/99 | | |
| Lisa Jent | 118 Mat Hnd II | 5/22/00 | | |
| Quentin Ray | 1 Reserve | 9/14/01 | | |
| Tara Thompson | 304 Mat Hnd II | 2/15/02 | | |
| Alberto Villarreal | 109 Assm II | 3/27/98 | | |
| (inelg. W/w on 4/8/02) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

| | | Post | 9/26/02 |
|---|---|---|---|
| **DATE POSTED:** | 09/26/02 | Down | 10/1/02 |

**JOB TITLE:** Machine OP II

**NEW POSITION:** ☒

**REPLACEMENT POSITION:** ☐

**ASSOCIATE:** New Position

**TEAM NAME:**

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

**SENIORITY LISTING**

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Kevin Gibson | 218 Mat Hnd II | 7/12/00 | 10/7/02 | |
| William Thompson | 200 Assm I | 10/19/00 | | |
| John Katz | 207 Assm I | 1/9/01 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PERSONNEL REQUISITION

|  |  |  |  |
|---|---|---|---|
|  |  | **Post** | 11/4/02 |
| **DATE POSTED:** | 11/04/02 | **Down** | 11/6/02 |

**JOB TITLE:**    Machine OP II

|  |  |
|---|---|
| **NEW POSITION:** | X |
| **REPLACEMENT POSITION:** | |
| **ASSOCIATE:** | New Position |

**TEAM NAME:** _____

**TEAM LEADER'S NAME:**    Bill Hinds

**DEPARTMENT:**    Door Plant

**SHIFT:**    1st

**BUMP REVERSAL RIGHTS?** — YES/NO — NONE
**EXPRESSED INTEREST BY JOB TITLE?** — NONE

**DATE AWARDED:** _____

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| David W. Taylor | 116 | Mach OP II | 2/19/86 | 11/18/02 | |
| Mary Fansler | 105 | Mat Hnd I | 3/19/93 | | |
| Phyllis McCoy | 118 | Assm I | 4/20/98 | | |
| Linda Smith | 107 | Assm I | 9/16/98 | | |
| Sheryl Perez | 101 | Assm I | 11/2/98 | | |
| Mike Smith | 107 | Mat Hnd II | 1/12/99 | | |
| Sofia Gomez | 114 | Mat Hnd II | 10/15/99 | | she bid on job 5/13/02--inelig |
| Julie Fifer | 113 | Mat Hnd II | 11/21/99 | | |
| Donald Hart Jr | 213 | Fin II | 5/1/00 | | |
| Robert W Minnis | 207 | Assm I | 8/8/00 | | |
| David Grovier | 205 | Mat Hnd I | 1/16/01 | | |
| Cifford M Boleyn | 213 | Mat Hnd II | 3/22/01 | | |
| Jason Trower | 208 | Mat HND II | 10/26/01 | | |

# PERSONNEL REQUISITION

|  |  |
|---|---|
| Post | 11/4/02 |
| Down | 11/6/02 |

**DATE POSTED:** 11/04/02

**JOB TITLE:** Machine OP II

**NEW POSITION:** [ X ]

**REPLACEMENT POSITION:** [ ]

**ASSOCIATE:** New Position

**TEAM NAME:**

**TEAM LEADER'S NAME:** John Winschief

**DEPARTMENT:** Door Plant

**SHIFT:** 2nd

**BUMP REVERSAL RIGHTS?** YES/NO  NONE
**EXPRESSED INTEREST BY JOB TITLE?** NONE

**DATE AWARDED:**

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Rick Mercer | 218 | Mat Hnd II | 8/7/87 | 11/18/02 | |
| Clifford M Boleyn | 213 | Mat Hnd II | 3/22/01 | | |
| Julie Gadeberg | 221 | Mat Hnd I | 3/30/01 | | |
| Jason Trower | 208 | Mat Hnd II | 10/26/01 | | |
| Brenda Purcell | 218 | Assm I | 1/10/02 | | written warning 7/22/02 inelig |
| Richar Crumrin | 218 | Assm II | 2/22/02 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# PERSONNEL REQUISITION

| | | Post | **4/26/00** |
|---|---|---|---|
| | | Down | **11/11/02** |

**DATE POSTED:** _____ **04/26/00** _____

**JOB TITLE:** _____ **Machine OP I** _____

| | | |
|---|---|---|
| **NEW POSITION:** | | [　] |
| **REPLACEMENT POSITION:** | | [ x ] |
| **ASSOCIATE:** | | Keith Gaskill |

**TEAM NAME:** _____

**TEAM LEADER'S NAME:** _____ **John Winschief** _____

**DEPARTMENT:** _____ **Door Plant** _____

**SHIFT:** _____ **2nd** _____

**BUMP REVERSAL RIGHTS?**    YES/NO  NONE

**EXPRESSED INTEREST BY JOB TITLE?**    NONE

**DATE AWARDED:** _____

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Rodney Preston | 216 | Mach OP II | 1/19/99 | 11/18/02 | |
| Zackary Price | 221 | Mat Hnd I | 6/1/99 | | |
| Ron Weaver | 218 | Ship I | 8/9/99 | | |
| David Grovier | 205 | Mat Hnd I | 1/16/01 | | |
| Clifford Matt Boleyn | 213 | Mat Hnd II | 3/22/02 | | |
| Peter Root | 213 | Fin II | | | |
| Brenda Purcell | 218 | Assm I | | | w/w 7/11/02 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# PERSONNEL REQUISITION

|  |  |
|---|---|
| **DATE POSTED:**     01/30/03 | **Post**   1/30/03 <br> **Down**   2/4/03 |

**JOB TITLE:**     Machine OP II

| | |
|---|---|
| NEW POSITION: | ☐ |
| REPLACEMENT POSITION: | ☒ |
| ASSOCIATE: | Rick Mercer |

**TEAM NAME:**

**TEAM LEADER'S NAME:**     John Winschief

**DEPARTMENT:**     Door Dept

**SHIFT:**     2nd

**BUMP REVERSAL RIGHTS?**     YES/NO   NONE

**EXPRESSED INTEREST BY JOB TITLE?**     NONE

**DATE AWARDED:**

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| Rebecca Hardwick | 218 | Mat Hnd I | 8/30/99 | 2/10/03 | |
| Adora Gonzalez | 218 | Assm I | 9/7/99 | | |
| Wesly Wiekert | 2 | Reserve | 5/31/02 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## PERSONNEL REQUISITION

|  |  |
|---|---|
| | Post     2/17/03 |
| **DATE POSTED:**     02/17/03 | Down     2/19/03 |

**JOB TITLE:**     Machine OP I

**NEW POSITION:**     [ ]

**REPLACEMENT POSITION:**     [X]

**ASSOCIATE:**     Chris Davis

**TEAM NAME:**

**TEAM LEADER'S NAME:**     John Winschief

**DEPARTMENT:**     Door Plant

**SHIFT:**     2nd

**BUMP REVERSAL RIGHTS?**     YES/NO     NONE
**EXPRESSED INTEREST BY JOB TITLE?**     NONE

**DATE AWARDED:**

### SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| Diana Risley | 203 | Ship II | 12/25/91 | 2/24/03 | |
| Ronald Weaver | 218 | Ship I | 8/9/99 | | ineligible-??job function 4/8/02 |
| Adora Sue Gonzalez | 218 | Assm I | 9/7/99 | | |
| Dianna Puckett | 203 | Ship II | 9/9/99 | | |
| Jesse Russell | 201 | Assm I | 2/12/01 | | ineligible-not in position a year 2/25/02 |
| Billy Campbell | 200 | Assm I | 3/1/01 | | |
| James Rawlings | 200 | Assm I | 8/24/01 | | |
| Jeremy Rettig | 201 | Assm I | 6/7/02 | | |
| William McCoy | 200 | Assm II | 8/23/02 | | |

# PERSONNEL REQUISITION

|  |  |  | Post | 12/9/2003 |
|---|---|---|---|---|
| **DATE POSTED:** | 12/09/03 | | Down | 12/11/2003 |

**JOB TITLE:** Machine Operator II

NEW POSITION: ☐

REPLACEMENT POSITION: ☒ X

ASSOCIATE: David Taylor

**TEAM NAME:**

**TEAM LEADER'S NAME:** Bill Hinds

**DEPARTMENT:** Door Manufacturing

**SHIFT:** 1st

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| John Williams | 118 | Assembler I | 5/2/1994 | 12/15/2003 | |
| Brian Logsdon | 118 | Assembler I | 4/29/1996 | | |
| Kenneth Steury | 304 | Machine Op II | 12/5/1997 | | |
| Sheryl Perez | 100 | Shipper II | 11/2/1998 | | Bid 12-16-02 |
| Kenny Davis | 107 | Assembler I | 3/30/1999 | | |
| Dianna Puckett | 203 | Shipper II | 9/13/1999 | | |
| Todd Melton | 214 | Finisher II | 4/24/2000 | | |
| Chris Wickiser | 207 | Assembler I | 3/1/2002 | | |
| Travis Wyrozumski | 2 | Reserve | 5/2/2003 | | |

## PERSONNEL REQUISITION

| | | | |
|---|---|---|---|
| DATE POSTED: | **12/23/03** | Post | 12/23/03 |
| | | Down | 12/27/03 |

JOB TITLE:  **Machine OP I (2 positions available)**

NEW POSITION:  [ X ]

REPLACEMENT POSITION:  [ ]

ASSOCIATE:  New Position

TEAM NAME:

TEAM LEADER'S NAME:  **Bill Hinds**

DEPARTMENT:  **Door Dept**

SHIFT:  1st

| BUMP REVERSAL RIGHTS? | YES/NO |
|---|---|
| | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

### SENIORITY LISTING

| NAME: | | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|---|
| Kenneth Benner | ✓ dw | 111 | Maint I | 6/4/74 | 1/6/03 | |
| James Nelson | ✓ | 116 | Mach OP I | 6/23/47 | | |
| Mary Ellison | ✓ Bleeding | 112 | Mach OP I | 8/23/78 | | |
| Rick Franklin | ✓ dw | 112 | Mach OP I | 8/19/85 | | |
| Jim Hanks | | 121 | Mat Hnd I | 8/25/86 | | |
| Brian Beck | | 100 | Ship II | 9/4/87 | | |
| Bill Revell | | 313 | Fin II | 3/22/94 | | |
| Kurt Phelps | | 120 | Ship I | 4/4/91 | | |
| Jennifer Peck | | 201 | Assm I | 6/24/94 | | |
| Cindy Plummer | | 314 | Auditor | 9/26/97 | | |
| Alberto Villarreal | | 100 | Assm II | 3/27/98 | | |
| Mike Smith | | 107 | Mat Hnd II | 1/12/99 | | |
| Juan Garza | | 100 | Assm II | 3/16/99 | | |
| John Garrett | | 101 | Assm I | 6/1/99 | | |
| Scott Stewart | | 218 | Mat Hnd I | 8/9/99 | | |
| Diana Puckett | | 203 | Ship II | 9/9/99 | | |
| Angela Helm | | 202 | Assm I | 10/11/99 | | |
| Sofia Gomez | | 100 | Assm II | 10/15/99 | | |
| Jeffery Brown | | 313 | Fin II | 1/18/00 | | |
| Donald Hart Jr | | 213 | Fin II | 5/1/00 | | |
| Lisa Jent | | 114 | Mat Hnd II | 5/22/00 | | |
| Maurice Lawrence | | 101 | Assm I | 8/23/00 | | |
| Greg Wilson | | 313 | Mat Hnd II | 12/5/01 | | |
| Tara Thompson | | 202 | Assm II | 2/15/02 | | |
| Brian Gass | | 202 | Assm I | 5/3/02 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## PERSONNEL REQUISITION

| | | Post | 12/23/03 |
|---|---|---|---|
| **DATE POSTED:** | **12/23/03** | **Down** | **12/27/03** |

**JOB TITLE:**  **Machine OP I (2 positions available)**

| | |
|---|---|
| **NEW POSITION:** | X |
| **REPLACEMENT POSITION:** | |
| **ASSOCIATE:** | New Position |

**TEAM NAME:**

**TEAM LEADER'S NAME:**  **John Winschief**

**DEPARTMENT:**  **Door Dept**

**SHIFT:**  2nd

| | YES/NO |
|---|---|
| **BUMP REVERSAL RIGHTS?** | **NONE** |
| **EXPRESSED INTEREST BY JOB TITLE?** | **NONE** |
| | **DATE AWARDED:** |

### SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Juan Garza | 118 | Assm II | 3/16/99 | 1/6/03 | |
| Scott Stewart | 218 | Mat Hnd I | 8/9/99 | | |
| Ronald Weaver | 218 | Ship I | 8/9/99 | | |
| Rebecca Hardwick | 218 | Mat Hnd I | 8/30/99 | | |
| Tara Root | 118 | Mat Hnd II | 8/17/01 | | |
| Cecil White | 201 | Assm II | 10/19/01 | | |

```
   AP0008.09  99              Accounts Payable Inquiry        15:58:57  12/05/05
                                    Invoice Detail

   Vendor Number    190667    PATTY BROWN                  Invoice Text    NO
   Invoice Number   112701          Description   TRAVEL EXPENSE
   P.O. Number
   Hold Payment     N               Hold Reason
   Voucher Number                                                Dates
                                    Pay Next Run N          Invoice    11/27/01
                                    Bank Code        1      Entered    11/30/01
   Discount Amount            .00   Payment Code ARCHECKS    Discount   11/28/01
   Amount Due                 .00   Selected for Payment   N Due        11/28/01

           Posting    Transaction             Discount  Reference
   Type      Date       Amount                  Amount   Number
   INV     11/30/01      16.44                     .00              11301
   PAY     12/03/01      16.44-                    .00   691602     11301



       F3=Exit                  F7=Fold                F9=New Inquiry
                                F14=Text
```

```
  AP0008.09  99              Accounts Payable Inquiry          15:59:48  12/05/05
                                 Invoice Detail

Vendor Number   193940    CINDY SMITH                Invoice Text    NO
Invoice Number  112701             Description
P.Q. Number
Hold Payment    N                  Hold Reason
Voucher Number                                              Dates
                                   Pay Next Run N       Invoice    11/27/01
                                   Bank Code      1     Entered     2/14/02
Discount Amount            .00     Payment Code ARCHECKS  Discount  11/28/01
Amount Due                 .00     Selected for Payment  N Due      11/28/01


        Posting   Transaction              Discount  Reference
Type     Date       Amount                  Amount    Number
INV    2/14/02       11.63                     .00                   2142
PAY    2/18/02       11.63-                    .00     694087        2142




     F3=Exit                 F7=Fold                F9=New Inquiry
                             F14=Text
```

```
AP0008.09   99              Accounts Payable Inquiry        17:39:41  11/16/05
                               Invoice Detail

Vendor Number    193772    JOHN WINSCHIEF              Invoice Text    NO
Invoice Number   112701       Description   TRAVEL EXPENSE
P.O. Number
Hold Payment     N            Hold Reason
Voucher Number                                                 Dates
                           Pay Next Run N            Invoice    11/27/01
                           Bank Code         1       Entered    11/30/01
Discount Amount        .00 Payment Code ARCHECKS     Discount   11/28/01
Amount Due             .00 Selected for Payment    N Due        11/28/01

        Posting    Transaction           Discount  Reference
Type      Date       Amount                Amount   Number
INV    11/30/01      334.65                   .00               11301
INV    11/30/01       15.85                   .00               11301
PAY    12/03/01      350.50-                  .00    691497      11301


      F3=Exit                 F7=Fold              F9=New Inquiry
                              F14=Text
```



217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

Joyce Good
100 Bailey Meadows
P. O. Box 328
Arcola, IL 61910

Re: Status of Non-FML Leave of Absence

Dear Joyce:

This letter will provide you with an update on the status of your non-FML medical leave of absence as well as advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave of absence began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy will not impact your current entitlement to leave.

MBCI recently revised its Leave of Absence policy and reduced the maximum amount of medical leave to six months. In other words, employees will now be permitted to take up to a total of six months of leave before their employment is terminated. The six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

Our records reflect that you have been out on leave for more than six months. Since your leave of absence has already exceeded six months, you will be grandfathered under the one-year policy. In other words, the company did not believe it was fair to impose the six month limitation on you as that would result in the termination of your employment. Your non-FML medical leave of absence began August 6, 2002. Therefore, if you are unable to return to an open position by August 5, 2003, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budgeting Reconciliation Act ("COBRA"). Please understand that if you do return to work, the six month limitation would apply to any future medical leave of absence.

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

Linda Watkins
Benefit Specialist

cc:    Personnel File



**MasterBrand**
C a b i n e t s ,   I n c .

217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

Brad Hug
26 Country Gardens
Mattoon, IL 61938

Re: Status of Non-FML Leave of Absence

Dear Brad:

This letter will provide you with an update on the status of your non-FML medical leave of absence as well as advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave of absence began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy will not impact your current entitlement to leave.

MBCI recently revised its Leave of Absence policy and reduced the maximum amount of medical leave to six months. In other words, employees will now be permitted to take up to a total of six months of leave before their employment is terminated. The six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

Our records reflect that you have been out on leave for more than six months. Since your leave of absence has already exceeded six months, you will be grandfathered under the one-year policy. In other words, the company did not believe it was fair to impose the six month limitation on you as that would result in the termination of your employment. Your non-FML medical leave of absence began October 24, 2002. Although you returned to work for three days in April, this brief return does not entitle you to a new one year leave of absence. Therefore, if you are unable to return to an open position by October 27, 2003, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budgeting Reconciliation Act ("COBRA"). Please understand that if you do return to work, the six month limitation would apply to any future medical leave of absence.

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

Linda Watkins

Linda Watkins
Benefit Specialist

# MasterBrand
### c a b i n e t s , i n c .

**217 So. Oak Street**
**P.O. Box 410**
**Arthur, IL 61911**
**217-543-3311**

July 1, 2003

James Poundstone
217 N. Hickory #3
Arthur, IL 61911

Re:    Status of Your Non-FML Medical Leave of Absence

Dear James:

This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

In your case, you began FMLA leave on January 21, 2003. On April 21, 2003, you exhausted your entitlement to leave under the FMLA and were rolled over into a non-FML medical leave of absence. With the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on <u>July 21, 2003</u>. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

# MasterBrand

**217 So. Oak Street**
**P.O. Box 410**
**Arthur, IL 61911**
**217-543-3311**

July 1, 2003

Martha McCoskey
104 Sherman
Longview, IL 61852

Re:     Status of Your Non-FML Medical Leave of Absence

Dear Martha:

This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

In your case, you began a non-FMLA medical leave of absence on February 7, 2003. Therefore, with the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on August 7, 2003. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

cc:     Personnel File



**217 So. Oak Street**
**P.O. Box 410**
**Arthur, IL 61911**
**217-543-3311**

September 5, 2003

Cindy Smith
518 N. Hickory
Windsor, IL 61957

     Re:    Status of Your Non-FML Medical Leave of Absence

Dear Cindy:

    This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. We have received documentation from your physician to continue your non-FML medical leave through October 29, 2003. If you will need an extension of your leave past that date we will need documentation from your physician. After you review this letter, if you have any questions please contact me.

    As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

    MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

    In your case, you began a medical leave of absence on May 6, 2003. Therefore, with the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on November 5, 2003. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

    We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

cc:    Personnel File

MB 0133