E-FILED
Wednesday, 01 March, 2006 08:20:01 AM
Clerk, U.S. District Court, ILCD

# Attachment 17

# PERSONNEL REQUISITION

| | | Post | 3/16/01 |
|---|---|---|---|
| DATE POSTED: | 03/16/01 | Down | 3/20/01 |

JOB TITLE: Machine Op II

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Christina Strothers

TEAM NAME: _____

TEAM LEADER'S NAME: Matt Hessee

DEPARTMENT: Door Manufacturing

SHIFT: 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED: _____

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Monique Hall | 209 Assm II | 06/17/99 | 03/20/01 | |
| Nick Price | 2nd shift Reserve | 8/29/00 | | |

# PERSONNEL REQUISITION

|  |  | Post | 12/7/01 |
|---|---|---|---|
| DATE POSTED: | 12/07/01 | Down | 12/11/01 |

JOB TITLE: Machine Operator I

NEW POSITION: ☐
REPLACEMENT POSITION: ☒
ASSOCIATE: Jeff Clapp

TEAM NAME: 
TEAM LEADER'S NAME: John Winschief
DEPARTMENT: Door Plant
SHIFT: 2nd

*Cancel - by Mick*

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
|  | DATE AWARDED: |

### SENIORITY LISTING

| NAME: |  | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Chris Davis | 215 Mach Op II | 3/23/99 | 12/11/01 |  |
| Cindy Rose | 118 Mat Hnd II | 8/2/99 |  |  |
| Rebecca Hardwick | 218 Assm II | 8/30/99 |  |  |
| Jason Alexander | 218 Mat Hnd II | 6/24/00 | ------------ | Suspended 2/21/01 |
| Cindy Heiman | 218 Mat Hnd I | 5/18/01 |  |  |

# PERSONNEL REQUISITION

|   |   |   |   |
|---|---|---|---|
| DATE POSTED: | 01/25/02 | Post Down | 1/25/02  1/29/02 |
| JOB TITLE: | Machine Operator II | | |
| | NEW POSITION: | ☐ | |
| | REPLACEMENT POSITION: | ☒ | |
| | ASSOCIATE: | Trena Knaus | |
| TEAM NAME: | | | |
| TEAM LEADER'S NAME: | John Winschief | | |
| DEPARTMENT: | Door Plant | | |
| SHIFT: | 2nd | | |

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

### SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Mary Hackman | 218 Mat Hnd I | 7/3/00 | 1/29/02 | |
| Karen St. Clair | 207 Mat Hnd I | 10/31/00 | | |
| Jesse Russell | 218 Mat Hnd II | 2/12/01 | | |
| Shawn Bell | 207 Assm I | 7/27/01 | | |

# PERSONNEL REQUISITION

|  |  |  |  |
|---|---|---|---|
| DATE POSTED: | 01/28/02 | Post | 1/28/02 |
|  |  | Down | 1/30/02 |

JOB TITLE: Machine Operator II

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Monique Hall

TEAM NAME: 

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

|  | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED: _____

## SENIORITY LISTING

| NAME: |  | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Karen St. Clair | 207 Mat Hnd I | 10/31/00 | 2/4/02 |  |
| Jesse Russell | 218 Mat Hnd II | 2/12/01 |  |  |
| Dorothy Jolley | 218 Assm I | 3/15/01 |  |  |
| Shawn Bell | 207 Assm I | 7/27/01 |  |  |

# PERSONNEL REQUISITION

| | | Post | 3/26/02 |
|---|---|---|---|
| DATE POSTED: | 03/26/02 | Down | 3/28/02 |

**JOB TITLE:** Machine Operator I

**NEW POSITION:** ☐

**REPLACEMENT POSITION:** ☒

**ASSOCIATE:** Rick Underwood

**TEAM NAME:**

**TEAM LEADER'S NAME:** Bill Hinds

**DEPARTMENT:** Door Plant

**SHIFT:** 1st

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Marlon Miller | 218 Assm I | 5/6/85 | 4/1/02 | |
| Keith Gaskill | 218 Mach Op I | 7/8/86 | | |
| Mike Howell | 112 Mach Op II | 4/5/94 | | |
| Brian Logsdon | 118 Assm I | 4/29/96 | | |
| Mike Kingery | 218 Mach Op I | 5/9/96 | | |
| Theresa Davis | 114 Mat Hnd II | 11/18/96 | | |
| Cindy Plummer | 314 Auditor | 9/26/97 | | |
| Yvonne Steward | 121 Mat Hnd I | 9/28/98 | | |
| David Ray | 108 Mat Hnd II | 11/2/98 | | |
| Juan Garza | 118 Assm II | 3/16/99 | | |
| Carol Nolen | 215 Mach Op II | 3/18/99 | | |
| Chris Davis | 215 mach OP II | 3/23/99 | | |
| Kyle Fink | 218 Mach Op I | 8/9/99 | | |
| Brad Yoder | 221 Mat Hnd I | 8/25/99 | | |
| Cindy Lucas | 104 Mat Hnd II | 12/2/99 | | |
| Tony Reynolds | 220 Ship I | 7/31/00 | | |
| David Moerlien | 214 Fin II | 11/27/00 | | |
| Julie Gadeberg | 221 Mat Hnd I | 3/30/01 | | |
| Theron Harlin | 216 Mat Hnd I | 7/27/01 | | |
| Robert Logsdon | 205 Mat Hnd I | 7/27/01 | | |

## PERSONNEL REQUISITION

| | | Post | 4/22/02 |
|---|---|---|---|
| DATE POSTED: | 04/22/02 | Down | 4/24/02 |

JOB TITLE: Machine Operator I

NEW POSITION: [ ]

REPLACEMENT POSITION: [x]

ASSOCIATE: Donny Purvis

TEAM NAME:

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

| SENIORITY LISTING NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Rick Mercer | 218 Mat Hnd II | 8/7/87 | ------------ | Written Warning 11/2/01 |
| Chris Davis | 215 Mach Op II | 3/23/99 | 4/29/02 | |
| Dustin Hall | 218 Assm I | 7/10/00 | | |
| Randy laws | 200 Assm I | 8/17/01 | | |
| James Rawlings | 207 Assm I | 8/24/01 | | |

## PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 05/02/02 | Post 5/2/02<br>Down 5/6/02 |
| JOB TITLE: | Machine Operator II | |

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Sofia Gomez

TEAM NAME: 

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

### SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Dustin Hall | 218 Assm I | 7/10/00 | 5/6/02 | |
| Randy Laws | 200 Assm I | 8/17/01 | | |

# PERSONNEL REQUISITION

| | | Post | 5/6/02 |
|---|---|---|---|
| DATE POSTED: | 05/06/02 | Down | 5/8/02 |

JOB TITLE: Machine Operator I

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Kyle Fink

TEAM NAME: 

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |

DATE AWARDED: 

### SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Walt Souders | From TL | 10/16/87 | 5/13/02 | |
| Rodney Preston | 216 Mach Op II | 1/19/99 | | |
| Kevin Gibson | 218 Mat Hnd II | 7/12/00 | | |
| Randy Laws | 200 Assm I | 8/17/01 | | |

# PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 05/21/02 | Post Down: 5/21/02  5/23/02 |
| JOB TITLE: | Machine OP I | |

NEW POSITION: ☐
REPLACEMENT POSITION: ☒
ASSOCIATE: Rick Gregory

TEAM NAME:
TEAM LEADER'S NAME: Willie Wiekert
DEPARTMENT: Millroom
SHIFT: 2nd

BUMP REVERSAL RIGHTS? YES/NO NONE
EXPRESSED INTEREST BY JOB TITLE? NONE

DATE AWARDED:

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Gary Feezel | 216 Mach OP II | 10/8/97 | 5/28/02 | |
| Julie Gadeberg | 221 Mat Hnd I | 3/30/01 | | |
| Cindy Heiman | 218 Mat Hnd I | 5/18/01 | | |
| Michael T. Smith | 207 Mat Hnd II | 7/27/01 | | |
| Randy Laws | 200 Assm I | 8/17/01 | | |
| Lewis C Brown II (inel-warning) | 212 Mach OP II | 3/22/00 | | |

# PERSONNEL REQUISITION

| | | Post | 9/26/02 |
|---|---|---|---|
| DATE POSTED: | 09/26/02 | Down | 10/1/02 |
| JOB TITLE: | Machine OP II | | |

NEW POSITION: [X]

REPLACEMENT POSITION: [ ]

ASSOCIATE:     New Position

TEAM NAME:

TEAM LEADER'S NAME:     Bill Hinds

DEPARTMENT:     Door Plant

SHIFT:     1st

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Judy Dunn | 112 Mach OP II | 10/16/87 | 10/7/02 | |
| Gary Beals Jr | 102 Ship II | 11/10/92 | | |
| Mary Fansler | 105 Mat Hnd I | 3/19/93 | | |
| John Williams Jr | 118 Assm I | 5/2/94 | | |
| Brian Logsdon | 118 Assm I | 4/29/96 | | |
| Cindy Plummer | 314 Auditor | 9/26/97 | | |
| Carol Hardig | 118 Assm I | 10/7/97 | | |
| Nancy Nadolny | 313 Fin II | 10/19/97 | | |
| Phyllis McCoy | 118 Assm II | 4/20/98 | | |
| Mike Smith | 107 Mat Hnd II | 1/2/99 | | |
| Juan Garza | 118 Assm II | 3/16/99 | | |
| Sofia Gomez | 118 Mat Hnd I | 10/15/99 | | |
| Lisa Jent | 118 Mat Hnd II | 5/22/00 | | |
| Quentin Ray | 1 Reserve | 9/14/01 | | |
| Tara Thompson | 304 Mat Hnd II | 2/15/02 | | |
| Alberto Villarreal | 109 Assm II | 3/27/98 | | |
| (inelg. W/w on 4/8/02) | | | | |

# PERSONNEL REQUISITION

|  |  | Post | 9/26/02 |
|---|---|---|---|
| DATE POSTED: | 09/26/02 | Down | 10/1/02 |

JOB TITLE: Machine OP II

NEW POSITION: [X]

REPLACEMENT POSITION: [ ]

ASSOCIATE: New Position

TEAM NAME:

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
|  | DATE AWARDED: |

### SENIORITY LISTING

| NAME: |  | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|
| Kevin Gibson | 218 Mat Hnd II | 7/12/00 | 10/7/02 |  |
| William Thompson | 200 Assm I | 10/19/00 |  |  |
| John Katz | 207 Assm I | 1/9/01 |  |  |

# PERSONNEL REQUISITION

|  |  |  |  |
|---|---|---|---|
| DATE POSTED: | 11/04/02 | Post | 11/4/02 |
|  |  | Down | 11/6/02 |
| JOB TITLE: | Machine OP II |  |  |

| | |
|---|---|
| NEW POSITION: | [X] |
| REPLACEMENT POSITION: | [ ] |
| ASSOCIATE: | New Position |

| | |
|---|---|
| TEAM NAME: | |
| TEAM LEADER'S NAME: | Bill Hinds |
| DEPARTMENT: | Door Plant |
| SHIFT: | 1st |

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| David W. Taylor | 116 | Mach OP II | 2/19/86 | 11/18/02 | |
| Mary Fansler | 105 | Mat Hnd I | 3/19/93 | | |
| Phyllis McCoy | 118 | Assm I | 4/20/98 | | |
| Linda Smith | 107 | Assm I | 9/16/98 | | |
| Sheryl Perez | 101 | Assm I | 11/2/98 | | |
| Mike Smith | 107 | Mat Hnd II | 1/12/99 | | |
| Sofia Gomez | 114 | Mat Hnd II | 10/15/99 | | she bid on job 5/13/02--inelig |
| Julie Fifer | 113 | Mat Hnd II | 11/21/99 | | |
| Donald Hart Jr | 213 | Fin II | 5/1/00 | | |
| Robert W Minnis | 207 | Assm I | 8/8/00 | | |
| David Grovier | 205 | Mat Hnd I | 1/16/01 | | |
| Cifford M Boleyn | 213 | Mat Hnd II | 3/22/01 | | |
| Jason Trower | 208 | Mat HND II | 10/26/01 | | |

# PERSONNEL REQUISITION

|  |  | Post | 11/4/02 |
|---|---|---|---|
| DATE POSTED: | 11/04/02 | Down | 11/6/02 |

JOB TITLE: Machine OP II

NEW POSITION: [X]

REPLACEMENT POSITION: [ ]

ASSOCIATE: New Position

TEAM NAME:

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Plant

SHIFT: 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
|---|---|
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
|  | DATE AWARDED: |

## SENIORITY LISTING

| NAME: |  |  | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Rick Mercer | 218 | Mat Hnd II | 8/7/87 | 11/18/02 |  |
| Clifford M Boleyn | 213 | Mat Hnd II | 3/22/01 |  |  |
| Julie Gadeberg | 221 | Mat Hnd I | 3/30/01 |  |  |
| Jason Trower | 208 | Mat Hnd II | 10/26/01 |  |  |
| Brenda Purcell | 218 | Assm I | 1/10/02 |  | written warning 7/22/02 inelig |
| Richar Crumrin | 218 | Assm II | 2/22/02 |  |  |

# PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 04/26/00 | Post 4/26/00 |
| | | Down 11/11/02 |
| JOB TITLE: | Machine OP I | |
| NEW POSITION: | | ☐ |
| REPLACEMENT POSITION: | | ☒ |
| ASSOCIATE: | | Keith Gaskill |

TEAM NAME:

TEAM LEADER'S NAME:     John Winschief

DEPARTMENT:             Door Plant

SHIFT:     2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

### SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Rodney Preston | 216 | Mach OP II | 1/19/99 | 11/18/02 | |
| Zackary Price | 221 | Mat Hnd I | 6/1/99 | | |
| Ron Weaver | 218 | Ship I | 8/9/99 | | |
| David Grovier | 205 | Mat Hnd I | 1/16/01 | | |
| Clifford Matt Boleyn | 213 | Mat Hnd II | 3/22/02 | | |
| Peter Root | 213 | Fin II | | | |
| Brenda Purcell | 218 | Assm I | | | w/w 7/11/02 |

# PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 01/30/03 | Post 1/30/03<br>Down 2/4/03 |
| JOB TITLE: | Machine OP II | |

NEW POSITION: ☐

REPLACEMENT POSITION: ☒

ASSOCIATE: Rick Mercer

TEAM NAME: 

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Dept

SHIFT: 2nd

| BUMP REVERSAL RIGHTS?<br>EXPRESSED INTEREST BY JOB TITLE? | YES/NO<br>NONE<br>NONE<br>DATE AWARDED: | | |
|---|---|---|---|
| **SENIORITY LISTING**<br>NAME: | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| Rebecca Hardwick | 218 | Mat Hnd I | 8/30/99 | 2/10/03 | |
| Adora Gonzalez | 218 | Assm I | 9/7/99 | | |
| Wesly Wiekert | 2 | Reserve | 5/31/02 | | |

# PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 02/17/03 | Post 2/17/03<br>Down 2/19/03 |
| JOB TITLE: | Machine OP I | |
| | NEW POSITION: | ☐ |
| | REPLACEMENT POSITION: | ☒ |
| | ASSOCIATE: | Chris Davis |
| TEAM NAME: | | |
| TEAM LEADER'S NAME: | John Winschief | |
| DEPARTMENT: | Door Plant | |
| SHIFT: | 2nd | |

BUMP REVERSAL RIGHTS?  YES/NO  NONE
EXPRESSED INTEREST BY JOB TITLE?  NONE
DATE AWARDED:

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| Diana Risley | 203 | Ship II | 12/25/91 | 2/24/03 | |
| Ronald Weaver | 218 | Ship I | 8/9/99 | | ineligible-??job function 4/8/02 |
| Adora Sue Gonzalez | 218 | Assm I | 9/7/99 | | |
| Dianna Puckett | 203 | Ship II | 9/9/99 | | |
| Jesse Russell | 201 | Assm I | 2/12/01 | | ineligible-not in position a year 2/25/02 |
| Billy Campbell | 200 | Assm I | 3/1/01 | | |
| James Rawlings | 200 | Assm I | 8/24/01 | | |
| Jeremy Rettig | 201 | Assm I | 6/7/02 | | |
| William McCoy | 200 | Assm II | 8/23/02 | | |

# PERSONNEL REQUISITION

| | | Post | 12/9/2003 |
|---|---|---|---|
| DATE POSTED: | 12/09/03 | Down | 12/11/2003 |

JOB TITLE: Machine Operator II

NEW POSITION: ☐
REPLACEMENT POSITION: ☒
ASSOCIATE: David Taylor

TEAM NAME:
TEAM LEADER'S NAME: Bill Hinds
DEPARTMENT: Door Manufacturing
SHIFT: 1st

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | REPORTS TO COMMENTS: |
|---|---|---|---|---|---|
| John Williams | 118 | Assembler I | 5/2/1994 | 12/15/2003 | |
| Brian Logsdon | 118 | Assembler I | 4/29/1996 | | |
| Kenneth Steury | 304 | Machine Op II | 12/5/1997 | | |
| Sheryl Perez | 100 | Shipper II | 11/2/1998 | | Bid 12-16-02 |
| Kenny Davis | 107 | Assembler I | 3/30/1999 | | |
| Dianna Puckett | 203 | Shipper II | 9/13/1999 | | |
| Todd Melton | 214 | Finisher II | 4/24/2000 | | |
| Chris Wickiser | 207 | Assembler I | 3/1/2002 | | |
| Travis Wyrozumski | 2 | Reserve | 5/2/2003 | | |

# PERSONNEL REQUISITION

| | | |
|---|---|---|
| DATE POSTED: | 12/23/03 | Post 12/23/03<br>Down 12/27/03 |
| JOB TITLE: | Machine OP I (2 positions available) | |
| NEW POSITION: | [X] | |
| REPLACEMENT POSITION: | [ ] | |
| ASSOCIATE: | New Position | |
| TEAM NAME: | | |
| TEAM LEADER'S NAME: | Bill Hinds | |
| DEPARTMENT: | Door Dept | |
| SHIFT: | 1st | |

| | YES/NO |
|---|---|
| BUMP REVERSAL RIGHTS? | NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Kenneth Benner | ✓ dw | 111 Maint I | 6/4/74 | 1/6/03 | |
| James Nelson | ✓ | 116 Mach OP I | 6/23/47 | | |
| Mary Ellison | ✓ Bleeding | 112 Mach OP I | 8/23/78 | | |
| Rick Franklin | ✓ dic | 112 Mach OP I | 8/19/85 | | |
| Jim Hanks | | 121 Mat Hnd I | 8/25/86 | | |
| Brian Beck | | 100 Ship II | 9/4/87 | | |
| Bill Revell | | 313 Fin II | 3/22/94 | | |
| Kurt Phelps | | 120 Ship I | 4/4/91 | | |
| Jennifer Peck | | 201 Assm I | 6/24/94 | | |
| Cindy Plummer | | 314 Auditor | 9/26/97 | | |
| Alberto Villarreal | | 100 Assm II | 3/27/98 | | |
| Mike Smith | | 107 Mat Hnd II | 1/12/99 | | |
| Juan Garza | | 100 Assm II | 3/16/99 | | |
| John Garrett | | 101 Assm I | 6/1/99 | | |
| Scott Stewart | | 218 Mat Hnd I | 8/9/99 | | |
| Diana Puckett | | 203 Ship II | 9/9/99 | | |
| Angela Helm | | 202 Assm I | 10/11/99 | | |
| Sofia Gomez | | 100 Assm II | 10/15/99 | | |
| Jeffery Brown | | 313 Fin II | 1/18/00 | | |
| Donald Hart Jr | | 213 Fin II | 5/1/00 | | |
| Lisa Jent | | 114 Mat Hnd II | 5/22/00 | | |
| Maurice Lawrence | | 101 Assm I | 8/23/00 | | |
| Greg Wilson | | 313 Mat Hnd II | 12/7/01 | | |
| Tara Thompson | | 202 Assm II | 2/15/02 | | |
| Brian Gass | | 202 Assm I | 5/3/02 | | |

# PERSONNEL REQUISITION

| | | | Post | 12/23/03 |
|---|---|---|---|---|
| DATE POSTED: | 12/23/03 | | Down | 12/27/03 |

JOB TITLE: Machine OP I (2 positions available)

NEW POSITION: [X]

REPLACEMENT POSITION: [ ]

ASSOCIATE: New Position

TEAM NAME:

TEAM LEADER'S NAME: John Winschief

DEPARTMENT: Door Dept

SHIFT: 2nd

| BUMP REVERSAL RIGHTS? | YES/NO NONE |
| EXPRESSED INTEREST BY JOB TITLE? | NONE |
| | DATE AWARDED: |

## SENIORITY LISTING

| NAME: | | | SENIORITY DATE: | AWARDED TO/DATE: | COMMENTS: |
|---|---|---|---|---|---|
| Juan Garza | 118 | Assm II | 3/16/99 | 1/6/03 | |
| Scott Stewart | 218 | Mat Hnd I | 8/9/99 | | |
| Ronald Weaver | 218 | Ship I | 8/9/99 | | |
| Rebecca Hardwick | 218 | Mat Hnd I | 8/30/99 | | |
| Tara Root | 118 | Mat Hnd II | 8/17/01 | | |
| Cecil White | 201 | Assm II | 10/19/01 | | |