E-FILED
Wednesday, 01 March, 2006  08:20:17 AM
Clerk, U.S. District Court, ILCD

# Attachment 18

**MasterBrand**
c a b i n e t s,  I n c.

217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

Joyce Good
100 Bailey Meadows
P. O. Box 328
Arcola, IL 61910

Re: Status of Non-FML Leave of Absence

Dear Joyce:

This letter will provide you with an update on the status of your non-FML medical leave of absence as well as advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave of absence began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy will not impact your current entitlement to leave.

MBCI recently revised its Leave of Absence policy and reduced the maximum amount of medical leave to six months. In other words, employees will now be permitted to take up to a total of six months of leave before their employment is terminated. The six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

Our records reflect that you have been out on leave for more than six months. Since your leave of absence has already exceeded six months, you will be grandfathered under the one-year policy. In other words, the company did not believe it was fair to impose the six month limitation on you as that would result in the termination of your employment. Your non-FML medical leave of absence began August 6, 2002. Therefore, if you are unable to return to an open position by August 5, 2003, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budgeting Reconciliation Act ("COBRA"). Please understand that if you do return to work, the six month limitation would apply to any future medical leave of absence.

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefit Specialist

cc:   Personnel File

# MasterBrand
Cabinets, Inc.

217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

Brad Hug
26 Country Gardens
Mattoon, IL 61938

Re: Status of Non-FML Leave of Absence

Dear Brad:

This letter will provide you with an update on the status of your non-FML medical leave of absence as well as advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave of absence began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy will not impact your current entitlement to leave.

MBCI recently revised its Leave of Absence policy and reduced the maximum amount of medical leave to six months. In other words, employees will now be permitted to take up to a total of six months of leave before their employment is terminated. The six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

Our records reflect that you have been out on leave for more than six months. Since your leave of absence has already exceeded six months, you will be grandfathered under the one-year policy. In other words, the company did not believe it was fair to impose the six month limitation on you as that would result in the termination of your employment. Your non-FML medical leave of absence began October 24, 2002. Although you returned to work for three days in April, this brief return does not entitle you to a new one year leave of absence. Therefore, if you are unable to return to an open position by October 27, 2003, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budgeting Reconciliation Act ("COBRA"). Please understand that if you do return to work, the six month limitation would apply to any future medical leave of absence.

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefit Specialist



217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

James Poundstone
217 N. Hickory #3
Arthur, IL 61911

Re:   Status of Your Non-FML Medical Leave of Absence

Dear James:

    This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

    As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

    MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

    In your case, you began FMLA leave on January 21, 2003. On April 21, 2003, you exhausted your entitlement to leave under the FMLA and were rolled over into a non-FML medical leave of absence. With the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on July 21, 2003. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

    We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

**MasterBrand**
Cabinets, Inc.

217 So. Oak Street
P.O. Box 410
Arthur, IL 61911
217-543-3311

July 1, 2003

Martha McCoskey
104 Sherman
Longview, IL 61852

Re: Status of Your Non-FML Medical Leave of Absence

Dear Martha:

This letter will provide an update on the status of your non-FML medical leave of absence as well as to advise you of changes in MBCI policy that may impact your leave. After you review this letter, if you have any questions please contact me.

As you may be aware, when your leave began MBCI's policy was to allow an employee to remain on medical leave for up to one year. If an employee was unable to return to work at the end of one year or there were no open positions for which they were qualified when they were able to return, their employment was terminated. MBCI recently made a business decision to revise this policy for administrative reasons. This change in policy may impact your entitlement to leave.

MBCI recently revised its Leave of Absence policy to reduce the maximum amount of medical leave to six months. In other words, employees will now be permitted a total of six months of leave before their employment is terminated. This six month time period includes both leave under the Family and Medical Leave Act ("FMLA") and any non-FML medical leave.

In your case, you began a non-FMLA medical leave of absence on February 7, 2003. Therefore, with the implementation of the revised Leave of Absence policy, your non-FML medical leave of absence will expire on August 7, 2003. If you are unable to return to an open position by that date, your employment will be terminated. At that time, you will be eligible for continued health benefits under the Consolidated Omnibus Budget and Reconciliation Act ("COBRA").

We hope you are doing well and are able to return to work prior to the expiration of your leave of absence. Once again, if you have any questions or concerns regarding this matter, please do not hesitate to contact me. I may be reached at 543-8529.

Sincerely,

*Linda Watkins*

Linda Watkins
Benefits Specialist

cc: Personnel File