E-FILED
Wednesday, 01 March, 2006 08:20:30 AM
Clerk, U.S. District Court, ILCD

# Attachment 19

```
AP0008.09  99              Accounts Payable Inquiry          15:58:57  12/05/05
                                 Invoice Detail

 Vendor Number    190667     PATTY BROWN                   Invoice Text    NO
 Invoice Number   112701     Description   TRAVEL EXPENSE
 P.O. Number
 Hold Payment     N          Hold Reason
 Voucher Number                                                    Dates
                             Pay Next Run N               Invoice   11/27/01
                             Bank Code         1          Entered   11/30/01
 Discount Amount       .00   Payment Code ARCHECKS        Discount  11/28/01
 Amount Due            .00   Selected for Payment   N Due           11/28/01

         Posting    Transaction              Discount   Reference
 Type    Date       Amount                   Amount     Number
 INV     11/30/01       16.44                     .00                 11301
 PAY     12/03/01       16.44-                    .00     691602      11301




         F3=Exit                  F7=Fold                   F9=New Inquiry
                                  F14=Text
```

```
AP0008.09  99              Accounts Payable Inquiry           15:59:48  12/05/05
                                  Invoice Detail

 Vendor Number    193940      CINDY SMITH                 Invoice Text    NO
 Invoice Number   112701            Description
 P.O. Number
 Hold Payment     N                 Hold Reason
 Voucher Number                                                 Dates
                                    Pay Next Run  N        Invoice   11/27/01
                                    Bank Code         1    Entered    2/14/02
 Discount Amount            .00     Payment Code ARCHECKS   Discount  11/28/01
 Amount Due                 .00     Selected for Payment  N Due       11/28/01

           Posting    Transaction             Discount   Reference
 Type       Date         Amount                Amount     Number
 INV      2/14/02         11.63                   .00                 2142
 PAY      2/18/02         11.63-                  .00     694087      2142




       F3=Exit              F7=Fold                    F9=New Inquiry
                            F14=Text
```

```
AP0008.09   99              Accounts Payable Inquiry        17:39:41  11/16/05
                                  Invoice Detail

   Vendor Number     193772    JOHN WINSCHIEF            Invoice Text    NO
   Invoice Number    112701         Description  TRAVEL EXPENSE
   P.O. Number
   Hold Payment      N              Hold Reason
   Voucher Number                                                   Dates
                                    Pay Next Run  N          Invoice   11/27/01
                                    Bank Code          1     Entered   11/30/01
   Discount Amount            .00   Payment Code ARCHECKS    Discount  11/28/01
   Amount Due                 .00   Selected for Payment   N Due       11/28/01

           Posting    Transaction          Discount   Reference
   Type    Date       Amount               Amount     Number
   INV     11/30/01        334.65              .00                    11301
   INV     11/30/01         15.85              .00                    11301
   PAY     12/03/01        350.50-             .00    691497          11301



      F3=Exit                F7=Fold                    F9=New Inquiry
                             F14=Text
```