UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION SUMMARY JUDGMENT**

Defendant MasterBrand Cabinets, Inc., by counsel, respectfully moves the court for a brief extension of time to reply to Plaintiff's response to Defendant's motion for summary judgment. In support of this motion Defendant, MasterBrand Cabinets, Inc., states as follows:

1. The deadline for Defendant to file its reply to Plaintiff's response to Defendant's motion for summary judgment is April 5, 2006. That deadline has not yet expired.

2. The undersigned counsel for MasterBrand Cabinets, Inc. has a spring break vacation scheduled for the week of March 27, 2006. Co-counsel for the Defendant has a spring break vacation scheduled for the following week. A brief extension of time is reasonably requested for MasterBrand Cabinets, Inc. to complete and file its reply to Plaintiff's response to Defendant's motion for summary judgment.

3. The undersigned counsel has attempted to contact Alexandra de Saint Phalle, Plaintiff's counsel, however she was unavailable and a voicemail message was left with regard to the extension requested.

4. The relief requested herein will not prejudice any party.

WHEREFORE, Defendant MasterBrand Cabinets, Inc. respectfully requests that the Court enter an order extending the deadline for MasterBrand Cabinets, Inc. to reply to Plaintiff's response to Defendant's motion for summary judgment from Wednesday, April 5, 2006, to and including, Thursday, April 20, 2006.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
Attorneys for Defendant
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax:  (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

**CERTIFICATE OF SERVICE**

      I certify that on the 24th day of March, 2006, a copy of the foregoing Defendant's Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703
alex@lprpc.com
Attorney for Plaintiff

 

                                         s/Kelley Bertoux Creveling
                                         Mark J. Romaniuk (#15255-49)
                                         Kelley Bertoux Creveling (#19309-49)
                                         Attorneys for Defendant
                                         BAKER & DANIELS LLP
                                         300 N. Meridian Street, Suite 2700
                                         Indianapolis, IN 46204
                                         Telephone: (317) 237-0300
                                         Fax:  (317) 237-1000
                                         mark.romaniuk@bakerd.com
                                         kelley.creveling@bakerd.com