**E-FILED**
Friday, 24 March, 2006  12:58:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION SUMMARY JUDGMENT

Defendant, MasterBrand Cabinets, Inc., has filed Defendant's Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.  Having considered the motion and being duly advised, the Court now GRANTS the Motion.

IT IS THEREFORE ORDERED that the deadline for Defendant to Reply shall be extended to and including April 20, 2006.

Dated: _____        _____
Judge, United States District Court
Central District of Illinois
Urbana Division

COPIES TO:

Mark J. Romaniuk
Kelley Bertoux Creveling
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703