IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| MASTERBRANDS CABINETS, INC. | ) |
| Defendant. | ) |

## RESPONSE TO MOTION TO STRIKE

NOW COMES the Plaintiff, CINDY SMITH, by her attorneys, LONDRIGAN, POTTER & RANDLE, P.C., and in response to defendant's motion to strike, states as follows:

1. Medical records, including the physician's medical diagnoses and medical opinions are expressly admissible in evidence as business records under Federal Rule of Evidence 803(6). *Beech Aircraft corp. v. Rainey* 488 U.S. 153, 163 (1988).

2. Masterbrands' reliance on *Cook v. Hoppin,* 783 F.2d 684 (7th Cir. 1986) is misplaced. *Cook* only deems inadmissible those statements made by a **patient** which were not necessary for medical treatment under Rule 803(4) of the Federal Rules of Evidence. Thus *Cook* held that statements by the patient or bystander relating to an alleged wrestling match were not of a type that a medical doctor relies upon in forming a diagnosis. *Cook* is distinguishable from this case because the physician's comments are at issue here, not those on behalf of the patient. *Cook* is also distinguishable because

1

statements regarding the cause of the patient's medical condition are admissible – unlike statements as to the identity of a perpetrator or statements going solely to the issue of fault. **United States v. Pollard,** 790 F.2d 1309, 1313 (7th Cir. 1986). *See* also: **U.S. v. Iron Shell,** 633 *Federal Reporter* 2d 77 (8th Cir. 1980) and **U.S. v. Cherry,** 938 F.2d 748 (7thCir. 1991) (statements as to cause admissible).

    3.    Masterbrand's remaining objections go to lack of authentication. Plaintiff has attached an affidavit of Dr. Kopacz identifying his medical records as business records.

WHEREFORE, the Plaintiff, CINDY SMITH, respectfully requests that the court deny Masterbrands' Motion to Strike.

                              Cindy Smith, Plaintiff,

                              By:      s/ Alexandra de Saint Phalle
                                        ALEXANDRA de SAINT PHALLE,
                                        Attorney Bar #: 0620815
                                        Attorney for Plaintiff
                                        LONDRIGAN, POTTER & RANDLE, P.C.
                                        1227 South Seventh Street
                                        Post Office Box 399
                                        Springfield, IL 62703
                                        Telephone: (217) 544-9823
                                        Facsimile: (217) 544-9826
                                        alex@lprpc.com

## PROOF OF SERVICE

      I hereby certify that on May 1, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

      By:  s/ Alexandra de Saint Phalle
      ALEXANDRA de SAINT PHALLE
      Bar Number: 0620815
      Attorney for Defendants
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62703
      Telephone: (217) 544-9823
      alex@lprpc.com