IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-2215 |
| | ) |
| MASTERBRANDS CABINETS, INC. | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT of DAVID KOPACZ, M.D.

1. I am a physician licensed to practice medicine in the State of Illinois, specializing in the practice of psychiatry.

2. In the course of my medical practice I saw Cindy Smith as a patient for diagnosis and treatment purposes.

3. Exhibits A, B, C & D attached hereto are true and accurate copies of some of the office records that I have in my possession regarding Cindy Smith.

4. In the ordinary course of my medical practice, I dictated the medical records marked as Exhibits A & B attached hereto.

5. In the ordinary course of my medical practice, I authored and signed the documents marked as Exhibits C & D attached hereto.

6. It was part of the regular course of my medical practice to make records of a type similar to Exhibits A, B, C & D regarding my patients.

### VERIFICATION

Under the penalties as provided by law pursuant to 735 ILCS 1/5-109, the undersigned certifies that I have read the foregoing affidavit and find the statements contained therein to be true, correct and complete to the best of my information, knowledge and belief.

_____ 5/3/06
David Kopacz, M.D.