## PSYCHIATRIC EVALUATION

CINDY HEIMAN
4-14-03
1:00-1:45

PATIENT IDENTIFICATION:
Cindy is a 43-year-old, once widowed, currently engaged woman who works at Master Brand in Arthur. She was seen on crisis Friday. Unfortunately, those notes aren't available for today. She presents for an evaluation of significant stress, anxiety and depression.

HISTORY OF THE PRESENT ILLNESS:
Cindy says that over the last three to four months, she has been having significant and growing difficulties with sleep, appetite, energy, memory, concentration and anxiety symptoms. She says she can't sleep for any significant amount of time, doses off and then wakes up, is stressed, has a lot of thoughts running through her head. Primarily, she describes work as the principal stress she's dealing with. With stress, she also knows she tends to eat more and that's been happening. She has poor energy, decreased memory and concentration. She has also had several episodes that are panic attack like, with her chest hurting, feeling lightheaded, seeing stars, feeling like she is going to pass out, vomiting. She says she tends to come home, ventilate to her fiance, Elmer, and then she doesn't really want to think about work at all. Also, last week, she had a run-around, where she had seen Dr. Winograd and also had seen a Ms. Cole through the mental health department at Sarah Bush for an intake for therapy. There had apparently been some episodes of miscommunication whether or not she was going to get a note off of work. Had been told she would have time off of work, only to find later that she couldn't get a note from the doctor. She has been off work since 4-07-03.

She describes crying all the way home, particularly after troubling things at work. She describes being pushed in the chest, being called all sorts of obscene names, such as a fucking bitch and lazy, fucking bitch. This is generally by other employees. She has gone to supervisors multiple times. They haven't been responsive in limiting this work. Somebody has been using her computer code, ordering supplies and she is upset about that and feels they are not taking it seriously. She has had two work-related injuries, feels that they are trying to get her to quit by putting her in boring jobs. She says she has to sit a small desk that her knees barely fit under doing repetitive work, sealing screws in plastic. She also says that she has been told she can't leave her job until every member of her department leaves and she feels this is simply punishment because of her being injured. I also brought up the question of why she didn't file police charges when she was pushed at work.


PLAINTIFF'S EXHIBIT
A

CINDY HEIMAN
PSYCHIATRIC EVALUATION
4-14-03
PAGE 2

She said that her supervisors told her that she wasn't going to be able to use company phones to file a police report and that she shouldn't worry about and that if it happened again, they would call the police themselves. Overall, she says she feels that there's a pattern of discrimination and harassment toward women.

PAST PSYCHIATRIC HISTORY:
She was just started on Buspar 4-06-03 by Dr. Winograd 15mg ½ bid. That's the only medication she has had, other than being on Valium. She was on this for two weeks, around the time of her husband dying from cancer. He apparently had brain cancer for 11 ½ years. There is no history of any hospitalizations. ALLERGY IS REPORTED TO CODEINE.

PAST MEDICAL HISTORY;
She describes several injuries at work. First was that her arm got caught between two tubs carrying solid wood doors and was slammed in that. She had some knots and pain on her left wrist. Later she said that she was doing a job that normally three people do. She thinks she sprained her shoulder. Also, was probably favoring the wrist and had some sort of left shoulder injury. She has been seeing the company doctor and is going to physical therapy. Also, she tripped over a hose at work that had been draped by the water fountain and landed on both knees and has also some type of soft tissue injury there as well. She says she has a past history of thyroid cyst and the thyroid level was just checked and was okay. There is no family history of any mental illness.

SOCIAL HISTORY:
Cindy currently lives with her fiance, Elmer, who is retired. She has three daughters from her previous marriage, ages 24, 22 and 20. The youngest one has just moved home recently. There is the above-mentioned stress at Master Brand Cabinetry factory.

DEVELOPMENTAL HISTORY:
Cindy is the 6th of 9 siblings, had five brothers and four sisters. Parents were together during development. No alcohol or drug use in the family. No physical or sexual abuse, no domestic violence as an adult.

MENTAL STATUS EXAM:
Appearance is appropriate. Speech fluent. Mood described as stressed and overwhelmed. Affect was congruent, tearful at times. Thought process logical. Thought content – no suicidal or homicidal ideation. Perception – no auditory or visual hallucinations. Cindy is alert, oriented x3. Reports having poor memory and concentration. Language is fluent English. Fund of knowledge is good. Insight and judgment are fair to good.

ASSESSMENT:

Axis I – adjustment disorder with mixed depression and anxiety 309.28 with significant stressor being her work environment; R/O major depressive episode 296.22. She does meet criteria for this, but will hold off on making this diagnosis. It seems secondary to work. Also want to R/O panic attacks.
Axis II – deferred
Axis III – several work related injuries; history of thyroid cysts
Axis IV – significant work stress
Axis V – 51
PLAN:
At this point, will initiate Ambien 5 to 15mg q hs prn insomnia. She can continue the buspirone 7.5mg bid. We discussed the possible addition of an antidepressant. For now, will treat this as an adjustment disorder. However, if in a few weeks time she hasn't had some resolution in her symptoms after adequately treating sleep and having some time off work, will consider an antidepressant. We are going to order an EKG to rule out any cardiac abnormalities. Follow up will be in two weeks' time.

DAVID KOPACZ, M.D.
Consulting Psychiatrist
DK/ss d4-14&t4-17-03