## PROGRESS NOTE

CINDY HEIMAN
10-06-03
8:15-8:45

Cindy filled me in on what's been going on lately with her situation. She says that she has stopped taking the medication, even though she felt it was helping. She feels like it is a crutch and also that it's a sign of weakness if she needs medication to cope with things. Also there seems to be a degree of anger that a lot of troubles seem to be caused from the company she had worked for and also her ongoing problems with dealing with that company over Disability and Workmen's Comp and she feels that it's a victory for the company if she has to take medication to get through her daily life. We reviewed the symptoms of post traumatic stress disorder that Cindy is exhibiting, including recurrent intrusive thoughts, recurrent nightmares. She says that she can't sleep well. She wakes up crying, oftentimes she can't even remember what the nightmare was about, but just her husband wakes her up because she is crying in her sleep. When she does remember the dream, she says she is back at work and going through all that harassment and trying to tell people what's she going through. However they just stand back and laugh. When I asked her whether she has intrusive thoughts during the day, she began crying and said she would rather just forget all of this and not have to deal with it. She is also having a degree of flashback with dissociation. She says that sometimes she will feel like she is up here, motioning in the air and like she is watching everything happening again down below. She said this is a very upsetting experience and feeling for her. She also has these flashbacks, intense psychological distress and physiological reactivity. As far as avoidance symptoms, she would like to avoid thinking about work. She says that she can't force herself to go back in, even though they're (DK) are trying to get her to sign some papers regarding her insurance. She says she just can't bring herself to go back to work. She describes them as being very unhelpful and not understanding. She tried to get her husband to pick up these papers and they wouldn't give the papers to him. They would however, fax it to a public copying store that has a fax machine. However, the fax was too dark to read. Eventually they said that the only way that she can get her daughter on her insurance is to come in and sign the papers in person at the office. Cindy has decreased interest in significant activities. For instance, she says things were getting better for awhile when she was taking the medication. Now however, if she has had a stressful day dealing with lawyers and various bureaucrats and administrators, she will get to the point that she doesn't even want to see her grandchildren. She feels overwhelmed by them, but then she feels guilty and she feels estranged from family members. As far as symptoms of increased arousal, she is having difficulty sleeping, days of irritability, problems concentrating and exaggerated startle response. Overall, she is meeting full criteria for post traumatic stress disorder, as well as major depressive disorder and the focus of symptoms seems to be always work-related. Unfortunately, given the nature of these type of incidents, she is required to continue dealing with various lawyers, her employer and various people through Disability and Workmen's' Comp that continues to just make the symptoms of post traumatic stress disorder that much worse. There is no current suicidal or homicidal ideation.

DIAGNOSIS:
309.81, 296.22



PLAINTIFF'S EXHIBIT
B

CINDY HEIMAN
PROGRESS NOTE
10-06-03
PAGE 2


PLAN:
I encouraged Cindy to resume taking the Lexapro and discussed with her that medicine needs to be taken on a daily basis for four weeks to see the full effect. Will continue with prn Ambien for sleep and prn lorazepam for anxiety or panic during the day. I do understand Cindy's sentiments about not wanting to take the medication, but I did tell her it seemed to me that she would better able to deal with the things she needs to deal with being on the medication. Follow up will be in eight weeks' time.


DAVID KOPACZ, M.D.
Consulting Psychiatrist
DK/ss d10-06&t10-08-03