8/27/03



## COLES COUNTY MENTAL HEALTH

To whom it may concern,

This letter is to clarify my assessment of Ms. Cindy Heiman's condition and treatment. Her symptoms of Posttraumatic Stress Disorder and Major Depression are directly related to the physical injuries she suffered at work and particularly due to her subsequent experiences in the work place. Given that subsequent interactions with her employer as well as any thoughts about returning back to work (or even entering the building) cause significant exacerbations of her PTSD and Depression, I have recommended that she not return back to that workplace.

Ms. Heiman has reported incidents of sexual harassment and mistreatment at work in addition to the physical injuries.

Sincerely, David K■■
David Kopacz, MD.

**PLAINTIFF'S EXHIBIT**
C

1300 Charleston Avenue • Box 1307 • Mattoon, Illinois 61938 • Phone 217/234-6405 • 217/348-7666 • Fax 217/258-6136

*Providing quality outpatient behavioral health services*