**COLES COUNTY MENTAL HEALTH CENTER**

P.O. BOX 1307　　MATTOON - 234-6405　　MATTOON, IL 61938
1221 Broadway　　CHARLESTON - 348-7666

FOR Herman, Cindy

ADDRESS _____　　DATE 8/7/03.

℞ Please excuse from work
for medical leave
8/29/03 — 10/29/03

Generic Substitute:　☐ Acceptable　☐ Not Acceptable

N.R. 1 - 2 - 3 - 4 - 5 - INF.　D. Kopacz. M.D.
Printed in U.S.A.

PLAINTIFF'S
EXHIBIT
D