E-FILED
Thursday, 11 May, 2006  08:42:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION TO CONTINUE TRIAL
AND FINAL PRETRIAL CONFERENCE**

Defendant MasterBrand Cabinets, Inc., by counsel, submits this Motion to Continue Trial and Final Pretrial Conference and in support thereof states as follows:

1. Trial of this matter is currently scheduled for June 5, 2006, third choice. The final pretrial conference is scheduled for May 25, 2006.

2. On February 28, 2006 Defendant filed its Motion for Summary Judgment and on April 20, 2006 Defendant filed its Consolidated Motion to Strike and Reply in Support of its Motion for Summary Judgment.

3. On May 3, 2006, Plaintiff filed her response to the Motion to Strike along with new documents and affidavits. Defendant has not yet filed its reply.

4. The proximity of the trial date to final briefing on the Motion for Summary Judgment and the Motion to Strike gives the court scant time to rule.

5. The parties wish to avoid the time and expense of preparing for trial while summary judgment is pending. Moreover, at this late date the parties have insufficient time to prepare for trial should it be necessary to do so.

6. This is the first time that a request to continue the trial has been made.

7. The undersigned has discussed this Motion with Plaintiff's counsel and she has no objection to a continuance of the trial date or final pretrial conference.

WHEREFORE, Defendant MasterBrand Cabinets, Inc. respectfully requests that the Court enter an order continuing the trial of this matter to a date after summary judgment has been ruled upon for continuance of the final pretrial conference and for all other appropriate relief.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
Attorneys for Defendant
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

## CERTIFICATE OF SERVICE

I certify that on the 11th day of May, 2006, a copy of the foregoing Motion to Continue Trial was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703
alex@lprpc.com
Attorney for Plaintiff

                                          s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
Attorneys for Defendant
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com