UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2215 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE**

This matter is before the Court on the Defendant's Motion to Continue Trial and Final Pretrial Conference.  Having considered the Motion and being duly advised, the Court now GRANTS the Defendant's Motion.

IT IS THEREFORE ORDERED that the trial currently scheduled for June 5, 2006, is hereby vacated.

IT IS FURTHER ORDERED that the final pretrial conference currently scheduled for May 25, 2006, is also vacated.

Dated:_____

_____
Judge, U.S. District Court, Central District
of Illinois, Urbana Division

-2-

COPIES TO:

Mark J. Romaniuk
Kelley Bertoux Creveling
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Alexandra de Saint Phalle
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62703