# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CINDY SMITH**
   **Plaintiff,**

vs.                                                                 Case Number:   **04-2215**

**MASTERBRAND CABINETS, INC.**
   **Defendant.**


☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant and against the plaintiff.  Case is terminated.

ENTER this 15th day of May, 2006.

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK