# BILL OF COSTS

| United States District Court | District Central District of Illinois Urbana Division |
|---|---|
| CINDY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MASTERBRAND CABINETS, INC.,<br><br>Defendant. | Docket No. 2:04-cv-02215-MPM-DGB<br><br>Magistrate Case No. |

The Court's granting of Defendant's Motion for Summary Judgment on all claims having been entered in the above entitled action on May 15, 2006, against Plaintiff, Cindy Smith, the clerk is requested to tax the following costs:

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk ................................................................................ | $ 0 |
| Fees for service of summons and complaint ..................................... | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................................................. | 1,717.25 |
| Fees and disbursements for printing .................................................. | 0 |
| Fees for witnesses (itemized on reverse side) ................................... | 0 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ... | 532.95 |
| Docket fees under 28 U.S.C. § 1923 .................................................. | 0 |
| Costs incident to taking of depositions ............................................... | 0 |
| Costs as shown on Mandate of Court of Appeals ............................. | 0 |
| Other costs (Please itemize) ............................................................... | 0 |
| **TOTAL** | **$ 2,250.20** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day filed electronically. The following parties may access this filing through the Court's system: Alexandra de Saint Phalle, LONDRIGAN POTTER & RANDLE PC, 1227 S. Seventh Street, Springfield, Illinois 62705

SIGNATURE OF ATTORNEY    s/Kelley Bertoux Creveling

FOR: DEFENDANT MASTERBRAND CABINETS, INC.    DATE: June 14, 2006
Name of claiming party

| Please take notice that I will appear before the clerk who will tax said costs on the following date and time: | DATE AND TIME |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED<br>$ |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |

# Itemization of Costs

## Copying Costs:

| DATE | PAGES | COST PER PAGE | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|
| 12/6/2004 | 50 | $0.20 | $10.00 | EEOC FOIA Request Copying Costs (Invoice attached) |
| 12/6/2004 | 1 | $5.00 | $5.00 | EEOC FOIA Delivery Costs (Invoice attached) |
| 3/1/2005 | 15 | $0.15 | $2.25 | Copying Costs for Discovery served upon Plaintiff |
| 3/1/2005 | 16 | $0.15 | $2.40 | Copying Costs for Discovery served upon Plaintiff |
| 9/6/2005 | 2 | $0.15 | $0.30 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/6/2005 | 11 | $0.15 | $1.65 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/6/2005 | 1 | $0.15 | $0.15 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/7/2005 | 209 | $0.15 | $31.35 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/7/2005 | 119 | $0.15 | $17.85 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/8/2005 | 452 | $0.15 | $67.80 | Copying Costs for serving Discovery Responses to Plaintiff |
| 9/9/2005 | 1 | $9.25 | $9.25 | Oversized Copying Costs for serving Discovery Responses to Plaintiff |
| 9/9/2005 | 1 | $0.55 | $0.55 | Oversized Copying Costs for serving Discovery Responses to Plaintiff |
| 9/21/2005 | 3 | $0.15 | $0.45 | Copying Costs for serving Discovery Responses to Plaintiff |
| 10/14/2005 | 1 | $2.00 | $2.00 | Oversized Copying Costs for serving Discovery Responses to Plaintiff |
| 10/14/2005 | 1 | $27.50 | $27.50 | Oversized Copying Costs for serving Discovery Responses to Plaintiff |
| 10/15/2005 | 1489 | $0.15 | $223.35 | Copying Costs for serving Discovery Responses to Plaintiff |
| 10/15/2005 | 34 | $0.15 | $5.10 | Copying Costs for serving Discovery Responses to Plaintiff |
| 11/4/2005 | 41.00 | $0.15 | $6.15 | Copying Costs for serving Discovery Responses to Plaintiff |
| 11/11/2005 | 19 | $0.15 | $2.85 | Copying Costs for Notices of Depositions and Subpoenas |
| 11/11/2005 | 1 | $0.15 | $0.15 | Copying Costs for Notices of Depositions and Subpoenas |
| 11/11/2005 | 52 | $0.15 | $7.80 | Copying Costs for Notices of Depositions and Subpoenas |
| 1/17/2006 | 1 | $0.15 | $0.15 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |

| Date | Quantity | Unit Price | Total | Description |
|---|---|---|---|---|
| 1/20/2006 | 10 | $0.15 | $1.50 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 1/23/2006 | 3 | $0.15 | $0.45 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/6/2006 | 3 | $0.15 | $0.45 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/10/2006 | 20 | $0.15 | $3.00 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/27/2006 | 178 | $0.15 | $26.70 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/27/2006 | 57 | $0.15 | $7.65 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/27/2006 | 1 | $0.15 | $0.15 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/27/2006 | 22 | $0.15 | $3.30 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/27/2006 | 5 | $0.15 | $0.75 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/28/2006 | 1 | $0.15 | $0.15 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/28/2006 | 1 | $0.15 | $0.15 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/28/2006 | 1 | $0.15 | $0.15 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 2/28/2006 | 27 | $0.15 | $4.05 | Copying Costs for Motion for Summary Judgment, Brief in Support of and Evidence Designated |
| 3/14/2006 | 1 | $0.15 | $0.15 | Copying Costs of Plaintiff's response to our Motion for Summary Judgment |
| 3/30/2006 | 28 | $0.15 | $4.20 | Copying Costs for Reply to Summary Judgment and Motion to Strike |

| Date | Quantity | Unit | Cost | Description |
|---|---|---|---|---|
| 3/31/2006 | 264 | $0.15 | $39.60 | Copying Costs for Reply to Summary Judgment and Motion to Strike |
| 3/31/2006 | 1 | $3.30 | $3.30 | Oversized Copying Costs for Reply to Summary Judgment and Motion to Strike |
| 4/12/2006 | 88 | $0.15 | $13.20 | Copying Costs for Reply to Summary Judgment and Motion to Strike |
| | | **TOTAL** | **$532.95** | |

## Deposition Costs (*invoices attached*):

| Date | Deponent | Cost | |
|---|---|---|---|
| 11/17/05 | Elizabeth Burns | $40.25 | Transcript Cost |
| 11/17/05 | Cheryl Doss | $250.25 | Transcript Cost |
| 12/21/05 | Cheryl Doss | $160.50 | Transcript Cost |
| 12/21/05 | Rhonda Gatons | | Transcript Cost* |
| 12/21/05 | Debra Kimery | | Transcript Cost* |
| 11/17/05 | Matthew Ohrt | $154.00 | Transcript Cost |
| 11/15/05 | Cindy Smith | $938.50 | Transcript Cost |
| 11/17/05 | John Winschief | $138.25 | Transcript Cost |
| 11/17/05 | | $35.50 | ASCII CD, Copy and Postage charges for depositions of Burns, Doss, Ohrt and Winschief |
| | **TOTAL** | **$1,717.25** | |

* Included in Cheryl Doss' 12/21/05 Transcript Cost



**Uniscribe**
innovative document solutions
300 W Adams
Ste 900
Chicago, IL 60606
Telephone: 312-279-5500
Fax: 312-857-0181

# Invoice

Invoice #: **60074836**
Invoice Date: **12/6/2004**
Due Date: **12/7/2004**
Terms: **Due on Receipt**

**Payable in U.S. Funds**

**Bill To:**

Kelly B. Crevelin #11661
Baker & Daniels
300 N. Meridian
Suite 2700
Indianapolis, IN 46204-1782

**Ship To:**

Kelly B. Crevelin #1
Baker & Daniels
300 N. Meridian
Suite 2700
Indianapolis, IN 46204-1782

**Reference:**

Matter #: 210-2003-35485
Comments: Cindy Smith v. Masterbrand Cabinets

Job #: 08120060
AE: House (#1)

| Item Code - Description | Quantity | Price | Amount |
|---|---|---|---|
| 608 COPIES - LEVEL D | 50 | 0.200 EACH | 10.00 |
| 805 DELIVERY FEE | 1 | 5.000 EACH | 5.00 |
| Subtotal | | | 15.00 |
| Invoice Total | | | **15.00** |

Forward all payments with remittance copy to:

| | | |
|---|---|---|
| We also accept payment by credit card: | Uniscribe Professional Services, Inc. | Payment by Wire Transfer: |
| VISA, MASTERCARD, & | P.O. Box 5790 | Fleet National Bank |
| AMERICAN EXPRESS | Hartford, CT 06102-5790 | Hartford, CT |
| 312-279-5500 | Tax ID: 06-1499292 | ABA #011100805 |
| | Corporate Office: 1-888-309-9393 | Account #9429129385 |

**Thank you for your business.**

Area Wide Reporting Service
301 West White
Champaign, IL 61820
(217) 356-5119



INVOICE: #78831
DATE: 11/28/05

**Bill To:** Ms. Kelley Creveling, Attorney
Law Office of Kelley Creveling
300 North Meridian, Suite 2700
Indianapolis IN 46204

Case Name: Smith v. Masterbrand Cabinets    Case # 04-2215

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|---|---|---|---|---|
| 11/15/0 | | Attendance | 6 hours | $210.00 |
| | Cindy Smith | Transcript (orig) | 210 pages | $703.50 |
| | | PC Diskette | 1 disk | $25.00 |

|  |  |
|---|---|
| Credit(s) | - $938.50 |

NET 30 DAYS: Accounts over 45 days are subject to service charges of 12.00% annually.  BALANCE DUE 12/28/2005   $0.00

Thank You For Choosing Area Wide Reporting Service

**Area Wide Reporting Service, 301 W. White, Champaign, Illinois 61820 (217) 356-5119**

# GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe Street, Suite 101
Springfield, Illinois 62701
(217) 523-8244
SS# 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

January 9, 2006

Ms. Kelley Bertoux Creveling
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204

FOR SERVICES RENDERED:
    In Re: Cindy Smith vs. Masterbrands Cabinets, Inc.
    U.S. District Court 04-2215

December 21, 2005 Depositions of Cheryl Doss, Debra Kimery, & Rhonda Gatons taken in Tuscola, covered by Donna M. Dodd

| | |
|---|---|
| TRANSCRIPT: (Copy-condensed w/index) 88 total pages | $154.00 |
| POSTAGE & HANDLING: | $ 6.50 |
| TOTAL DUE | $160.50 |

**THANK YOU!!!**

# GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe Street, Suite 101
Springfield, Illinois 62701
(217) 523-8244
SS# 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

December 9, 2005

Ms. Kelley Bertoux Creveling
Baker & Daniels, LLP
Attorneys at Law
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204

FOR SERVICES RENDERED:
    In Re: Cindy Smith vs. Masterbrands Cabinets, Inc.
    US District Court Case No. 04-2215

November 17, 2005 Depositions taken in Tuscola of John Winschief, Elizabeth Burns, Matthew Ohrt, and Cheryl Doss, covered by Molly Hobbie

| TRANSCRIPTS: | (Copy - Condensed) | |
|---|---|---|
| John Winschief | -79 pages | $ 138.25 |
| Elizabeth Burns | -23 pages | $ 40.25 |
| Matthew Ohrt | -88 pages | $ 154.00 |
| Cheryl Doss | -143 pages | $ 250.25 |

ASCII CD:      $ 20.00

COPY CHARGE:
    40 exhibit copies      $ 8.00

POSTAGE & HANDLING      $ 7.50

TOTAL DUE      $ 618.25

**THANK YOU**

Transcripts e-mailed to Ms. Creveling on 12-9-05.

