IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:04-cv-02215-MPM-DGB |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER APPROVING DEFENDANT'S BILL OF COSTS

Defendant MasterBrand Cabinets, Inc. ("Defendant"), having filed its Bill of Costs, and the Court having considered same, hereby approves Defendant's Bill of Costs.

It is, therefore, ORDERED that the Clerk of the Court is to tax costs against Plaintiff, Cindy Smith, in the amount of $_____.

Dated: _____        _____
                          Judge, United States District Court
                          Central District of Illinois
                          Urbana Division

-2-

COPIES TO:

Mark J. Romaniuk
Kelley Bertoux Creveling
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Alexandra de Saint Phalle
LONDRIGAN POTTER & RANDLE PC
1227 S. Seventh St.
Springfield, IL 62705

BDDB01 4436117v1