IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CINDY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:04-cv-02215-MPM-DGB |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S BRIEF IN SUPPORT OF BILL OF COSTS</u>**

Defendant Masterbrand Cabinets, Inc. ("Defendant"), respectfully requests taxation of costs in the amount of $2,250.20 in this case. On May 15, 2006, the Court granted Defendant's Motion for Summary Judgment on all claims asserted by the plaintiff, Cindy Smith ("Plaintiff"). Pursuant to Rule 54 of the Federal Rules of Civil Procedure and Rule 54.1 of the Local Rules of the Central District of Illinois, Defendant respectfully submits this brief in support of its accompanying Bill of Costs.

### I. <u>ARGUMENT</u>

**A.   Applicable Law**

A party who prevails on Summary Judgment is a prevailing party for purposes of an award of costs. *See Cengr v. Fusibond Piping Sys., Inc.*, 135 F.3d 445, 454 n.5 (7th Cir. 1998). Rule 54(d) of the Federal Rules of Civil Procedure permits the prevailing party to tax its costs as a matter of course. *Lisle Corp. v. A.J. Mfg. Co.*, No. 02 C 7024, 2004 WL 765872, *3 (N.D. Ill. Apr. 7, 2004). Under 28 U.S.C. § 1920, costs to be awarded to a prevailing party include "(1) Fees of the clerk and marshal; (2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) Fees and disbursements for printing and

witnesses; [and] (4) Fees for exemplification and copies of papers necessarily obtained for use in the case."  The costs specified in 28 U.S.C. § 1920 are presumptively awarded to the prevailing party." *Lisle Corp.*, 2004 WL 765872 at *3 (*citing FASA Corp. v. Playmates Toys, Inc.*, 108 F.3d 140, 144 (7th Cir.1997)).

Once a statutory basis for taxing costs has been established, the issues are whether the cost was "reasonably necessary to the conduct of the litigation and [whether] the amount of the cost is reasonable."  *State of Ill. v. Sangamo Constr. Co.*, 657 F.2d 855, 864 (7th Cir. 1981). The costs of the plaintiff's deposition and transcript have been held reasonably necessary to the preparation of a defendant's summary judgment motion.  *Cengr*, 135 F.3d at 455 (costs of depositions and deposition transcripts of the plaintiff and witnesses were reasonably necessary to the preparation of the defendant's motion for summary judgment); *In re Brand Name Prescription Drugs Antitrust Litigation*, No. 94 C 897, 1999 WL 759472, *3 (N.D. Ill. Sep. 1, 1999) ("the cost of a deposition is recoverable, even if the deponent does not testify at trial or her testimony is not utilized for summary judgment purposes, if, at the time the deposition was taken, it was reasonably necessary to the litigation.").

B.    **Defendant Is Entitled to the Requested Costs**

On November 11, 2005, counsel for Defendant deposed Plaintiff.  Defendant used this deposition in briefing Defendant's Motion for Summary Judgment, as anticipated at the time the deposition was taken, and further anticipated using the deposition at trial.  The Defendant likewise planned to use the other depositions listed on its Bill of Costs in briefing its Motion for Summary Judgment or at trial based on its factual investigation at the time the depositions were taken.  In addition, Defendant was required to incur various stenographic transcript and copying

costs in connection with their defense of this action. These costs were reasonably necessary to conduct the litigation and the amount of the costs is reasonable based on the nature of the case.

## II. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court assess the costs itemized on the accompanying Bill of Costs.

>Respectfully submitted,
>
>BAKER & DANIELS LLP
>
>By: s/Kelley Bertoux Creveling
>Mark J. Romaniuk (#15255-49)
>Kelley Bertoux Creveling (#19309-49)
>Attorneys for Defendant
>BAKER & DANIELS LLP
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46204
>Telephone: (317) 237-0300
>Fax: (317) 237-1000
>mark.romaniuk@bakerd.com
>kelley.creveling@bakerd.com
>
>Attorneys for Masterbrand Cabinets, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 14, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Alexandra de Saint Phalle
>LONDRIGAN POTTER & RANDLE PC
>1227 S. Seventh St.
>Springfield, IL 62705
>
>              s/Kelley Bertoux Creveling

BDDB01 4427307v1