E-FILED
Tuesday, 20 June, 2006  03:53:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-2215 |
| | ) | |
| MASTERBRANDS CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO BILL OF COSTS

NOW COMES the Plaintiff, CINDY SMITH, by her attorneys, LONDRIGAN, POTTER & RANDLE, P.C., respectfully moves the court for a 13 day extension of time until July 12, 2006 to reply to Defendant's bill of costs. In support of this motion Plaintiff, Cindy Smith, states as follows:

1.   The deadline to fill objections to the bill of costs is June 29, 2006.

2.   The undersigned counsel for Plaintiff, Cindy Smith, was on vacation during the week the bill of costs was filed. A brief extension of time (13 additional days) is requested to allow time to respond to the motion and to contact the client, Cindy Smith, in order to complete and file its response to Defendant's bill of costs.

3.   The request for extension of time will not prejudice either party.

4.   Plaintiff has not previously filed any other requests for extension of time.

1

WHEREFORE, Plaintiff, Cindy Smith, respectfully requests that the Court enter an order extending the deadline for Cindy Smith to reply to Defendant's bill of costs from June 29, 2006 to and including Wednesday, July 12, 2006.

Respectfully submitted,

By:     s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE,
Attorney Bar #: 0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
Facsimile: (217) 544-9826
alex@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(***Attorney for Defendant***)

                                      By:  s/ Alexandra de Saint Phalle
                                      ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com