IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CINDY SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04-2215 |
| ) | |
| **MASTERBRANDS CABINETS, INC.** ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE -
PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY
TO BILL OF COSTS**

I hereby certify that on June 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian Street, Su. 2700
Indianapolis, IN 46204
Kelley.Creveling@bakerd.com
(*Attorney for Defendant*)

By: s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Bar Number: 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com