IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CINDY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | No. 04-2215 |
| MASTERBRANDS CABINETS, INC. | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF CINDY SMITH

CINDY SMITH, being fully sworn on oath states as follows:

1. I am the Plaintiff in this cause and have personal knowledge of the facts stated herein.

2. I do not have the ability to pay the amount of the costs claimed in this case and no ability to pay that amount in the foreseeable future, for the following reasons:

   a. I have been unable to work since the time that I went on disability leave from MasterBrand on April 7, 2003.

   b. I continue to be unable to work because my physician, David Kopacz, M.D., has not released me to go back to work. My last visit with him was on June 28, 2006.

   c. I have no income of my own.

   d. My only source of support is from my husband, Elmer Smith. He is retired and will be 74 years of age later this month. His income is limited to a monthly pension he receives from the Illinois Teachers' Retirement Board.

1

 e. We currently reside in a trailer located at 1529 Ohio Street, Windsor, IL 61957.

 f. We recently acquired legal custody of a 7 year old child that we are supporting at the current time.

 g. I owe approximately $15,000 for medical bills for injuries received while I was employed at MasterBrand and before I got married.

 h. Our only savings account contains $1,083.51.

## VERIFICATION

STATE OF ILLINOIS )
        ) SS.
COUNTY OF COLES )

Under the penalties as provided by law pursuant to 735 ILCS 1/5-109, the undersigned certifies that I have read the foregoing affidavit and find the statements contained therein to be true, correct and complete to the best of my information, knowledge and belief.

*Cindy W. Smith*
Cindy Smith